| | |
|---|---|
| Xavier Becerra<br>Attorney General of California<br>David A. Zonana<br>David G. Alderson<br>Supervising Deputy Attorneys General<br>Tara L. Mueller, State Bar No. 161536<br>George Torgun, State Bar No. 222085<br>Erin Ganahl, State Bar No. 248472<br>Deputy Attorneys General<br>  1515 Clay Street, 20th Floor<br>  P.O. Box 70550<br>  Oakland, CA  94612-0550<br>  Telephone:  (510) 879-0754<br>  Fax:  (510) 622-2270<br>  E-mail:  Tara.Mueller@doj.ca.gov<br><br>*Attorneys for Plaintiff State of California* | Maura Healey<br>Attorney General of Massachusetts<br>Matthew Ireland (*pro hac vice*)<br>Turner Smith<br>Assistant Attorneys General<br>  Office of the Attorney General<br>  Environmental Protection Division<br>  One Ashburton Place, 18th Floor<br>  Boston, MA 02108<br>  Telephone:  (617) 727-2200<br>  Email:  Matthew.Ireland@mass.gov<br>  Email:  Turner.Smith@mass.gov<br><br>*Attorneys for Plaintiff Commonwealth of Massachusetts* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, COMMONWEALTH OF MASSACHUSETTS, STATE OF MARYLAND, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, PEOPLE OF THE STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WISCONSIN, DISTRICT OF COLUMBIA,** and **CITY OF NEW YORK,**<br><br>                      Plaintiffs,<br><br>    v.<br><br>**DAVID BERNHARDT, U.S. Secretary of the Interior, WILBUR ROSS, U.S. Secretary of Commerce, UNITED STATES FISH AND WILDLIFE SERVICE,** and **NATIONAL MARINE FISHERIES SERVICE,**<br><br>                      Defendants. | Case No:  4:19-cv-06013-JST<br><br>Related Cases:  No. 4:19-cv-05206-JST<br>                             No. 4:19-cv-06812-JST<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1       Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Federal Defendants in the three
2   related cases of *Center for Biological Diversity v. Bernhardt*, No. 19-cv-05206, *California v.
3   Bernhardt*, No. 19-cv-06013, and *Animal Legal Def. Fund v. Bernhardt*, No. 19-cv-06812, jointly
4   stipulate to a request for an order continuing the Initial Case Management Conference, and the
5   deadline for filing the parties' Case Management Statements, until after the Court rules on the
6   pending motions to dismiss. Specifically, the parties propose that the Initial Case Management
7   Conference be continued to three weeks after the Court issues its final ruling on Federal
8   Defendants' pending motions to dismiss, and that the parties submit Case Management
9   Statements at least seven days before the Initial Case Management Conference. In support of the
10  joint stipulation, the parties set forth the following reasons for the requested continuances and the
11  effect that such continuances would have on the management of the case:
12      1.  This Court has before it three related cases challenging Endangered Species Act
13          regulations promulgated by the U.S. Department of the Interior, U.S. Fish and
14          Wildlife Service, U.S. Department of Commerce, and National Marine Fisheries
15          Service.
16      2.  On October 22, 2019, this Court reset deadlines in 19-cv-05206 (ECF 24) and 19-cv-
17          06013 (ECF 29), scheduling the Case Management Statement for February 25, 2020
18          and Initial Case Management Conference for March 3, 2020. On November 7, 2019,
19          this Court set the same dates for related case 19-cv-06812 (ECF 18).
20      3.  On December 6, 2019, Federal Defendants filed identical motions to dismiss in all
21          three cases for lack of subject matter jurisdiction pursuant to Federal Rule of Civil
22          Procedure section 12(b)(1). Plaintiffs filed their opposition briefs on January 7, 2020;
23          and Federal Defendants filed their reply briefs on January 24, 2020. The Federal
24          Defendants' motions are now scheduled for hearing in this Court on February 26,
25          2020 at 2 p.m.
26      4.  Previous modifications to the case schedule include: (1) the parties' stipulation to
27          enlarge the time for Federal Defendants to file responsive pleadings (19-cv-05206,
28          ECF 22), (2) the parties' stipulation to enlarge the time for briefing on the Federal

|   |   |   |
|---|---|---|
| 1 |   | Defendants' motion to dismiss (19-cv-05206, ECF 32; 19-cv-06013, ECF 44; 19-cv- |
| 2 |   | 06812, ECF 19) and (3) the clerk's notice continuing the motion hearing to February |
| 3 |   | 26, 2020 and resetting briefing deadlines per the parties' stipulation (19-cv-05206, |
| 4 |   | ECF 35; 19-cv-06013, ECF 48; 19-cv-06812, ECF 23). |
| 5 | 5. | Federal Defendants previously represented to the Court that if the Court denies their |
| 6 |   | motions to dismiss, they will file the administrative record(s) two weeks after the |
| 7 |   | court's ruling on their motions (e.g., 19-cv-5206, ECF 22), at which time the cases |
| 8 |   | will be ready for briefing on the parties' cross-motions for summary judgment. |
| 9 | 6. | Under the current schedule, the parties' Case Management Statements are due one |
| 10 |   | day prior to the hearing on Federal Defendants' motions to dismiss.  Because the |
| 11 |   | Court's ruling on the pending motions to dismiss will directly affect how these three |
| 12 |   | related cases will be managed going forward, it does not make practical sense for the |
| 13 |   | parties to meet and confer and file their Case Management Statements prior to the |
| 14 |   | Court's ruling on the motions to dismiss.  Continuing the date for the Initial Case |
| 15 |   | Management Conference and the deadline for submission of the Case Management |
| 16 |   | Statements until after the Court's ruling on the motions to dismiss will allow the |
| 17 |   | parties sufficient time to coordinate on a case briefing and hearing schedule if the |
| 18 |   | Court denies the Federal Defendants' motions in full or in part, and will avoid |
| 19 |   | wasting both the Court's and the parties' time and resources. |
| 20 | 7. | No other deadlines have been set in these cases that would be affected by the |
| 21 |   | requested continuances. |

In compliance with Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

//

//

| | | |
|---|---|---|
| 1 | Dated:  February 5, 2020 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | DAVID A. ZONANA<br>DAVID A. ALDERSON |
| 4 | | Supervising Deputy Attorneys General |
| 5 | |  /s/ Tara L. Mueller |
| 6 | | TARA L. MUELLER<br>GEORGE TORGUN |
| 7 | | ERIN GANAHL<br>Deputy Attorneys General |
| 8 | | 1515 Clay Street, 20th Floor<br>P.O. Box 70550 |
| 9 | | Oakland, CA  94612-0550<br>Telephone: (510) 879-0754 |
| 10 | | Fax: (510) 622-2270<br>Email:  Tara.Mueller@doj.ca.gov |
| 11 | | *Attorneys for the Plaintiff States* |
| 12 | Dated:  February 5, 2020 |  /s/ Coby Healy Howell |
| 13 | | Coby Healy Howell<br>U.S. Dept. of Justice |
| 14 | | Environment and Natural Resources Division |
| 15 | | c/o U.S. Attorney's Office, 1000 SW Third Avenue, Suite |
| 16 | | Portland, OR  97204<br>Telephone: (503) 727 1023 |
| 17 | | Fax: (503) 727 1117<br>Email: coby.howell@usdoj.gov |
| 18 | | |
| 19 | |  /s/ Michael Richard Eitel<br>Michael Richard Eitel |
| 20 | | U.S. Department of Justice<br>Environment and Natural Resources Division |
| 21 | | Wildlife and Marine Resources Section |
| 22 | | 1961 Stout Street, 8th Floor, Room 812<br>Denver, CO  80294 |
| 23 | | Telephone: (303) 844-1479<br>Fax: (303) 844-1350 |
| 24 | | Email: michael.eitel@usdoj.gov |
| 25 | | *Attorneys for Federal Defendants* |
| 26 | | |
| 27 | | |
| 28 | | |