1

CHRISTOPHER J. CARR (SBN 184076)
Chris.Carr@BakerBotts.com
NAVI SINGH DHILLON (SBN 279537)
Navi.Dhillon@BakerBotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone:   (415) 291-6200

SCOTT A. KELLER (*pro hac vice*)
Scott.Keller@BakerBotts.com
BAKER BOTTS LLP
700 K. St. NW
Washington, DC 20001
Telephone:   (202) 639-7700

2

3

4

5

6

Attorneys for Industry Defendant-Intervenors
AMERICAN FARM BUREAU FEDERATION; AMERICAN
FOREST RESOURCE COUNCIL; AMERICAN PETROLEUM
INSTITUTE; FEDERAL FOREST RESOURCE COALITION;
NATIONAL ALLIANCE OF FOREST OWNERS; NATIONAL
ASSOCIATION OF HOME BUILDERS; NATIONAL
CATTLEMEN'S BEEF ASSOCIATION; and PUBLIC LANDS
COUNCIL

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

15

16

17

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

DAVID BERNHARDT, U.S. Secretary of the
Interior, et al.,

Defendants.

Case No. 4:19-cv-06013-JST

**CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS**

Judge:        Hon. Jon S. Tigar

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 5, 2020                                  BAKER BOTTS LLP


                                                     /s/ *Christopher J. Carr*
                                                     CHRISTOPHER J. CARR

                                                     Counsel for Industry Defendant-Intervenors
                                                     AMERICAN FARM BUREAU FEDERATION,
                                                     AMERICAN FOREST RESOURCE COUNCIL,
                                                     AMERICAN PETROLEUM INSTITUTE,
                                                     FEDERAL FOREST RESOURCE COALITION,
                                                     NATIONAL ALLIANCE OF FOREST OWNERS,
                                                     NATIONAL ASSOCIATION OF HOME
                                                     BUILDERS, NATIONAL CATTLEMEN'S BEEF
                                                     ASSOCIATION, and PUBLIC LANDS COUNCIL

-1-