UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>                                    Plaintiffs,<br><br>           v.<br><br>DAVID BERNHARDT, et al.,<br><br>                                    Defendants,<br><br>           and<br><br>STATE OF ALABAMA, et al.,<br><br>                                    Intervenor-Defendants. | Case No: 4:19-cv-06013-JST<br><br>Related Cases:  No. 4:19-cv-05206-JST<br>                              No. 4:19-cv-06812-JST<br><br>**[PROPOSED] CASE MANAGEMENT ORDER** |

The JOINT CASE MANAGEMENT STATEMENT submitted by the parties is approved as the Case Management Order for this case, and all parties shall comply with its provisions. The June 30, 2020 case management conference is hereby vacated.

**IT IS SO ORDERED.**

Dated: _____              _____
                                                                          The Honorable Jon S. Tigar
                                                                          U.S. District Court Judge