JEAN E. WILLIAMS,
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL., | Case. No. 4:19-cv-06013-JST |
| Plaintiffs, | **JOINT STIPULATION TO STAY PROCEEDINGS FOR 60 DAYS AND [PROPOSED] ORDER** |
| vs. | |
| DE LA VEGA, ET AL., | |
| Federal Defendants. | |

Pursuant to Civil Local Rule 7-12 and 16-2, Federal Defendants and Plaintiffs in the three related cases of *Center for Biological Diversity v. de la Vega*, No. 19-cv-05206, *California v. de la Vega*, No. 19-cv-06013, and *Animal Legal Def. Fund v. de la Vega*, No. 19-cv-06812, stipulate to a stay of proceedings for 60 days. Intervenor-Defendants do not join in the stipulation, but do not oppose the request

Stipulated Motion to Stay, 4:19-cv-06013-JST           1

for relief.  In support of the joint stipulation, the Federal Defendants and Plaintiffs set forth the following reasons:

1.      These related cases[1] challenge three Endangered Species Act ("ESA") final rules promulgated by the U.S. Fish and Wildlife Service within the U.S. Department of the Interior, two of which were jointly promulgated with the National Marine Fisheries Service within the National Oceanic and Atmospheric Administration, U.S. Department of Commerce.  *See* 84 Fed. Reg. 45020 (Section 4 revisions); 84 Fed. Reg. 44753 (Section 4(d) revisions); and 84 Fed. Reg. 44976 (Section 7(a)(2) revisions).

2.      On November 19, 2020, the Court entered an amended case management order.  ECF 111.  In accordance with that order, plaintiffs filed their motions for summary judgment on January 19, 2021. ECF 86; ECF 116; ECF 130.

3.      Pursuant to the Court's amended case management order, Federal Defendants' combined cross motion for summary judgment and opposition to Plaintiffs' motions for summary judgment is due on March 19, 2021.  Intervenor-Defendants' combined cross motions for summary judgment and oppositions to Plaintiffs motions for summary judgment are due on April 9, 2021.  ECF 111.

4.      On January 20, 2021, President Biden issued an Executive Order entitled "Executive Order on Protecting Public Health and the Environment and Restoring

---

[1] On January 27, 2021, the Court related *State of California v. de la Vega,* 21-cv-00440-JST (N.D. Cal.) with the above-related cases.  ECF 136.  Federal Defendants and State-Plaintiffs in that case will be filing a similar stipulated motion.

Stipulated Motion to Stay, 4:19-cv-06013-JST         2

Science to Tackle the Climate Crisis." In conformance with the Executive Order, Federal Defendants are reviewing many rules promulgated in the last four years, including the final rules at issue in this case.

5. Agencies have inherent authority to review past decisions and to revise, replace, or repeal a decision to the extent permitted by law and supported by a reasoned explanation. *FCC v. Fox Television Stations, Inc.*, 556 U.S. 502, 515 (2009); *Motor Vehicle Mfrs. Ass'n v. State Farm Mutual Auto. Ins. Co.*, 463 U.S. 29, 42 (1983) ("*State Farm*"); *Sierra Club v. Van Antwerp*, 560 F. Supp. 2d 21, 23 (D.D.C. 2008). An agency's interpretation of a statute it administers is not "carved in stone" but must be evaluated "on a continuing basis," for example, "in response to . . . a change in administrations." *Nat'l Cable & Telecomm. Ass'n v. Brand X Internet Servs.*, 545 U.S. 967, 981 (2005) (internal quotation marks and citations omitted).

6. Federal Defendants and Plaintiffs request a stay of proceedings for 60 days to give appropriate officials adequate time to review the final rules and determine how they would like to proceed with this litigation. Accordingly, Federal Defendants and Plaintiffs respectfully request that the Court enter an order staying this case for a period of 60 days and vacating the deadlines in the amended case management order. At the end of the stay, the Parties will provide a joint status report proposing further proceedings.

7. Granting this motion will not prejudice any party, will conserve the Parties' resources, and will promote the interest of judicial economy.

For the foregoing reasons, the Parties respectfully request that the Court stay this case for 60 days and vacate the remaining deadlines. Upon expiration of the stay, the Parties will file a joint status report proposing further proceedings.

DATED: February 9, 2021.

        JEAN E. WILLIAMS,
        Acting Assistant Attorney General
        SETH M. BARSKY, Chief
        MEREDITH FLAX, Assistant Chief

        */s/ Coby Howell.*
        COBY HOWELL, Senior Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        MICHAEL R. EITEL, Senior Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        1000 S.W. Third Avenue
        Portland, OR 97204
        Phone: (503) 727-1023
        Fax: (503) 727-1117
        Email: coby.howell@usdoj.gov

        *Attorneys for Federal Defendants*

        *By permission: /s/ Kristen Boyles*
        KRISTEN L. BOYLES (CSBA # 158450)
        PAULO PALUGOD (NYBA # 5047964)
        [Admitted Pro Hac Vice]
        Earthjustice
        705 Second Avenue, Suite 203
        Seattle, WA 98104
        Ph: (206) 343-7340 | Fax: (206) 343-1526
        kboyles@earthjustice.org
        ppalugod@earthjustice.org

        ANDREA A. TREECE (CSBA # 237639)
        Earthjustice
        50 California Street, Suite 500

San Francisco, CA 94111
Ph: (415) 217-2089 | Fax: (415) 217-2040
atreece@earthjustice.org

XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA
Supervising Deputy Attorney General
DAVID G. ALDERSON, State Bar No. 231597
Supervising Deputy Attorney General

<u>/s/: By Permission</u>
GEORGE TORGUN, State Bar No. 222085
TARA MUELLER, State Bar No. 161536
ERIN GANAHL, State Bar No. 248472
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1002
Fax: (510) 622-2270
E-mail: George.Torgun@doj.ca.gov


<u>/s/ by Permission</u>
CLEMENT ROBERTS (CSBA # 209203)
DANIEL S. GUERRA (CSBA # 267559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
croberts@orrick.com
dguerra@orrick.com

EMMANUEL FUA (CSBA # 284563)
ORRICK, HERRINGTON & SUTLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone:    (212) 506-5000
Facsimile:    (212) 506-5151
efua@orrick.com

Attorneys for Plaintiffs

\* In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated_____:

_____

The Honorable Jon S. Tigar

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

           */s/ Coby Howell*
           COBY HOWELL, Senior Attorney