JEAN E. WILLIAMS,
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL., | Case. No. 4:19-cv-06013-JST |
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE STAY OF PROCEEDINGS FOR 60 DAYS AND [PROPOSED] ORDER** |
| vs. | |
| HAALAND, ET AL., | |
| Federal Defendants. | |

Pursuant to Civil Local Rule 7-12 and 16-2, Federal Defendants and Plaintiffs in the three related cases of *Center for Biological Diversity v. Haaland*, No. 19-cv-05206, *California v. Haaland*, No. 19-cv-06013, and *Animal Legal Def. Fund v. Haaland*, No. 19-cv-06812, stipulate to continue a stay of proceedings for 60 days.  Intervenor-Defendants do not join in the stipulation, but do not oppose the

request for relief.  In support of the joint stipulation, the Federal Defendants and Plaintiffs set forth the following reasons:

1.      These related cases[1] challenge three Endangered Species Act ("ESA") final rules promulgated by the U.S. Fish and Wildlife Service within the U.S. Department of the Interior, two of which were jointly promulgated with the National Marine Fisheries Service within the National Oceanic and Atmospheric Administration, U.S. Department of Commerce.  *See* 84 Fed. Reg. 45020 (Section 4 revisions); 84 Fed. Reg. 44753 (Section 4(d) revisions); and 84 Fed. Reg. 44976 (Section 7(a)(2) revisions).

2.      On November 19, 2020, the Court entered an amended case management order.  ECF 111.  In accordance with that order, plaintiffs filed their motions for summary judgment on January 19, 2021. ECF 86; ECF 116; ECF 130.

3.      On January 20, 2021, President Biden issued an Executive Order entitled "Executive Order on Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis."   In conformance with the Executive Order, Federal Defendants are reviewing many rules promulgated in the last four years, including the final rules at issue in this case.

4.      On February 9, 2021, the Parties requested a stay of proceedings for 60 days to give appropriate officials adequate time to review the final rules and determine

---

[1] On January 27, 2021, the Court related *State of California v. Haaland,* 21-cv-00440-JST (N.D. Cal.) with the above-related cases.  ECF 136.  Federal Defendants and State-Plaintiffs in that case will be filing a similar stipulated motion.

how they would like to proceed with this litigation.  ECF 137.  On February 16, 2021, the court granted the requested stay and vacated the existing deadlines.  ECF 139.

5.      Over the last 60 days, Federal Defendants have discussed internally how they intend to proceed with the contested regulations.  These discussions have been aided by the recent confirmations of the Secretaries of the Interior and Commerce.  Based on those discussions, Federal Defendants informed Plaintiffs' counsel that they need additional time to address the contested regulations and this litigation.  Federal Defendants intend to meet and confer with counsel for the parties regarding these discussions and a path forward in this litigation within 21 days from the date of filing this joint stipulation.

6.      Plaintiffs have indicated that they do not oppose continuing a stay of proceedings for an additional 60 days.

7.      Granting this motion will not prejudice any party, will conserve the Parties' resources, and will promote the interest of judicial economy.

        For the foregoing reasons, the Parties respectfully request that the Court continue the stay of proceedings in this case for an additional 60 days.  Upon expiration of the stay, and no later than June 18, 2021, the Parties will file a joint status report proposing further proceedings.

DATED: April 16, 2021.

                        JEAN E. WILLIAMS,

Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH FLAX, Assistant Chief

*/s/ Coby Howell.*
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

*By permission: /s/ Kristen Boyles*
KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYBA # 5047964)
[Admitted Pro Hac Vice]
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089 | Fax: (415) 217-2040
atreece@earthjustice.org

MATTHEW RODRIQUEZ
Acting Attorney General of California
DAVID A. ZONANA
Supervising Deputy Attorney General
DAVID G. ALDERSON, State Bar No. 231597

Supervising Deputy Attorney General

*/s/: By Permission*
GEORGE TORGUN, State Bar No. 222085
TARA MUELLER, State Bar No. 161536
ERIN GANAHL, State Bar No. 248472
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1002
Fax: (510) 622-2270
E-mail: George.Torgun@doj.ca.gov


*/s/ by Permission*
CLEMENT ROBERTS (CSBA # 209203)
DANIEL S. GUERRA (CSBA # 267559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759
croberts@orrick.com
dguerra@orrick.com

EMMANUEL FUA (CSBA # 284563)
ORRICK, HERRINGTON & SUTLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone:     (212) 506-5000
Facsimile:      (212) 506-5151
efua@orrick.com

Attorneys for Plaintiffs


\* In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.


[PROPOSED] ORDER

1   PURSUANT TO STIPULATION, IT IS SO ORDERED:

2

3   Dated_____:

4

5

6                               _____

7                               The Honorable Jon S. Tigar

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                          **CERTIFICATE OF SERVICE**

24   I hereby certify that I electronically filed the foregoing with the Clerk of the Court

25   using the CM/ECF system, which will send notification of such to the attorneys of

     record.

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*/s/ Coby Howell*
COBY HOWELL, Senior Attorney