JEAN E. WILLIAMS,
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> HAALAND, ET AL., <br><br> Federal Defendants. | Case. No. 4:19-cv-06013-JST <br><br> **JOINT STATUS REPORT AND STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

Pursuant to the Court's orders staying the related cases, *Center for Biological Diversity v. Haaland*, No. 19-cv-05206, *California v. Haaland*, No. 19-cv-06013, and *Animal Legal Def. Fund v. Haaland*, No. 19-cv-06812, the parties provide the following joint status report.

1. These related cases[1] challenge three Endangered Species Act ("ESA") final rules promulgated by the U.S. Fish and Wildlife Service within the U.S. Department of the Interior, two of which were jointly promulgated with the National Marine Fisheries Service within the National Oceanic and Atmospheric Administration, U.S. Department of Commerce. *See* 84 Fed. Reg. 45020 (Section 4 revisions); 84 Fed. Reg. 44753 (Section 4(d) revisions); and 84 Fed. Reg. 44976 (Section 7(a)(2) revisions).

2. On November 19, 2020, the Court entered an amended case management order. ECF 111. In accordance with that order, plaintiffs filed their motions for summary judgment on January 19, 2021. ECF 86; ECF 116; ECF 130.

3. On January 20, 2021, President Biden issued an Executive Order entitled "Executive Order on Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis." In conformance with the Executive Order, Federal Defendants reviewed many rules promulgated in the last four years, including the final rules at issue in this case.

4. On February 9, 2021, the Parties requested a stay of proceedings for 60 days to give appropriate officials adequate time to review the final rules and determine how they would like to proceed with this litigation. ECF 137. On February 16,

---

[1] On January 27, 2021, the Court related *State of California v. Haaland,* 21-cv-00440-JST (N.D. Cal.) with the above-related cases. ECF 136.

2021, the court granted the requested stay and vacated the existing deadlines.  ECF 139.

5.  On April 19, 2021, the Court granted an additional stay of 60 days and ordered that the parties file a joint status report no later than June 18, 2021.  ECF 141.  Federal Defendants and Plaintiffs then agreed to another short-term stay of 30-days, which the Court granted.  ECF 143.

6.  Following the Administration's review of the contested rules, on June 4, 2021, the Services announced that they intend to propose rulemaking to rescind and revise the final rules at issue in this case.[2]

7.  This information was conveyed to the parties on June 4.  Since that time, Federal Defendants and Plaintiffs have discussed in good faith how to move forward with the litigation.  In view of the Services' announced intent to propose rulemaking to rescind and revise the rules at issue here,  Federal Defendants believe a stay of the litigation is warranted to allow this administrative process (which will include notice and comment) to play out and avoid potentially unnecessary litigation.  Plaintiffs disagree with further stays on the ground that they do not believe Federal Defendants have provided sufficient information or assurances as to the content of the Services' contemplated revisions to Sections 4 and 7 of the ESA, or which of the provisions challenged by Plaintiffs in this litigation the Services intend to revise.

---

[2] *See,* https://www.fws.gov/news/ShowNews.cfm?ref=u.s.-fish-and-wildlife-service-and-noaa-fisheries-to-propose-regulatory-&_ID=36925

Accordingly, Federal Defendants and Plaintiffs stipulate to the following briefing schedule:

    a. Federal Defendants' Motions for Stay: August 13, 2021

    b. Plaintiffs' Oppositions to Motions for Stay: September 3, 2021

    c. Federal Defendants' Reply in Support of Motions for Stay: September 17, 2021.

8.    Federal Defendants and Plaintiffs stipulate that if the Court denies Federal Defendants' Motions for Stay, the parties will resume briefing cross motions for summary judgment in accordance with the previous scheduling orders providing timeframes and page limits for the parties. Federal Defendants' Cross Motion for Summary Judgment and Oppositions to Plaintiffs' Motions for Summary Judgment or Motion for Voluntary Remand without Vacatur will be due 60 days from the Court's denial of Federal Defendants' Motions for Stay and briefing will resume from there in accordance with the scheduling orders.

9.    Industry Intervenors agree with the briefing schedule set forth in the stipulation and reserve the right to respond on the same schedule as Plaintiffs. The State-Intervenors agree with the briefing schedule set forth in the stipulation. Private Landowner Intervenors agree with the briefing schedule set forth in the stipulation. However, Private Landowner Intervenors are unable to provide a position on the Federal Defendants' forthcoming Motions for Stay until they have reviewed them and reserve the right to respond on the same schedule as Plaintiffs.

DATED: July 19, 2021.

        JEAN E. WILLIAMS,
Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH FLAX, Assistant Chief

*/s/ Coby Howell.*
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

*Attorneys for Federal Defendants*

*By permission: /s/ Kristen Boyles*
KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYBA # 5047964)
[Admitted Pro Hac Vice]
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
Ph: (206) 343-7340 | Fax: (206) 343-1526
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANDREA A. TREECE (CSBA # 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089 | Fax: (415) 217-2040
atreece@earthjustice.org

ROB BONTA
Attorney General of California

DAVID A. ZONANA
Supervising Deputy Attorney General
DAVID G. ALDERSON, State Bar No. 231597
Supervising Deputy Attorney General

<u>/s/: By Permission</u>
GEORGE TORGUN, State Bar No. 222085
TARA MUELLER, State Bar No. 161536
ERIN GANAHL, State Bar No. 248472
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1002
Fax: (510) 622-2270
E-mail: George.Torgun@doj.ca.gov


<u>/s/ by Permission</u>
CLEMENT ROBERTS (CSBA # 209203)
DANIEL S. GUERRA (CSBA # 267559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
croberts@orrick.com
dguerra@orrick.com

EMMANUEL FUA (CSBA # 284563)
ORRICK, HERRINGTON & SUTLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone:    (212) 506-5000
Facsimile:    (212) 506-5151
efua@orrick.com

Attorneys for Plaintiffs

\* In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated   July 22, 2021            :

_____
The Honorable Jon S. Tigar