ROB BONTA
Attorney General of California
DAVID A. ZONANA, State Bar No. 196029
DAVID G. ALDERSON, State Bar No. 231597
Supervising Deputy Attorneys General
GEORGE TORGUN, State Bar No. 222085
TARA MUELLER, State Bar No. 161536
ERIN GANAHL, State Bar No. 248472
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1002
Fax: (510) 622-2270
E-mail: George.Torgun@doj.ca.gov

*Attorneys for Plaintiff State of California*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

BERNHARDT, *et al.*,

Defendants.

Case No. 4:19-cv-06013-JST

Related Cases: No. 4:19-cv-05206-JST
No. 4:19-cv-06812-JST

**~~JOINT PROPOSED~~ SCHEDULE TO RESTART SUMMARY JUDGMENT BRIEFING**

In accordance with the Court's order lifting the stay in this case and the two related cases, ECF 138, the parties have conferred and agreed to a schedule to resume summary judgment briefing as set forth below.

| Event | Deadline |
|---|---|
| Plaintiffs' Re-Filed Motions for Summary Judgment, which will not exceed 40 pages for each group of Plaintiffs. | October 15, 2021 |
| Federal Defendants' Combined Oppositions to Motions for Summary Judgment and Cross-Motions for Summary Judgment, which will not exceed a total of 120 pages. | December 10, 2021 |
| Intervenor-Defendants' Combined Oppositions to Motions for Summary Judgment and Cross-Motions for Summary Judgment. State-Intervenors' Combined Opposition and Cross-Motion will not exceed 25 pages. Industry-Intervenors' Combined Opposition and Cross-Motion will not exceed 25 pages. Private-Landowner-Intervenors' Combined Opposition and Cross-Motion will not exceed 25 pages. The same brief from each Intervenor-Defendant will be filed in each of the related cases. | January 7, 2022 |
| Plaintiffs' Combined Replies in Support of Motions for Summary Judgment and Oppositions to Cross-Motions, which will not exceed 25 pages for each group of Plaintiffs. | January 28, 2022 |
| Defendants' Replies in Support of Cross-Motion for Summary Judgment. Defendants shall file one brief, which will not exceed 65 pages. | February 25, 2022 |
| Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment. State-Intervenors' Reply will not exceed 15 pages. Industry-Intervenors' Reply will not exceed 15 pages. Private-Landowner-Intervenors' Reply will not exceed 15 pages. The same brief from each Intervenor-Defendant will be filed in each of the related cases. | March 10, 2022 |
| Motion hearing | As soon as Court's calendar allows. |

In compliance with Local Rule 5-1, the filer of this document attests that all signatories listed have concurred in the filing of this document.

Respectfully submitted this 14th day of October, 2021.

ROB BONTA
Attorney General of California
DAVID A. ZONANA
DAVID G. ALDERSON
Supervising Deputy Attorneys General

*/s/ George Torgun*
GEORGE TORGUN, State Bar No. 222085
TARA MUELLER, State Bar No. 161536
ERIN GANAHL, State Bar No. 248472
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1002
Email: George.Torgun@doj.ca.gov

MAURA HEALEY
Attorney General of Massachusetts

*/s/ Turner Smith*
TURNER SMITH (*pro hac vice*)
Assistant Attorney General and Deputy Chief
MATTHEW IRELAND
Assistant Attorney General
Office of the Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
Email: Turner.Smith@mass.gov

BRIAN E. FROSH
Attorney General of Maryland

/s/ Steven J. Goldstein
STEVEN J. GOLDSTEIN (*pro hac vice*)
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 576-6414
Email: sgoldstein@oag.state.md.us

*Attorneys for Plaintiffs*

s/Kristen L. Boyles
KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (NYB # 5047964)
*[Admitted Pro Hac Vice]*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
Ph: (206) 343-7340
kboyles@earthjustice.org
ppalugod@earthjustice.org
*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, National Parks Conservation Association, WildEarth Guardians, and The Humane Society of The United States*

ANDREA A. TREECE (CSBA # 237639)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2089
atreece@earthjustice.org
*Local Counsel for Plaintiffs*

REBECCA RILEY (ISBA # 6284356)
[*Admitted Pro Hac Vice*]
NATURAL RESOURCES DEFENSE COUNCIL
20 North Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: (312) 651-7900
rriley@nrdc.org
*Attorney for Natural Resources Defense Council*

KARIMAH SCHOENHUT (DCBA #1028390)
SIERRA CLUB
[*Admitted Pro Hac Vice*]
50 F. St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 548-4584
karimah.schoenhut@sierraclub.org
*Attorney for Sierra Club*
RYAN ADAIR SHANNON (OSBA # 155537)
*[Admitted Pro Hac Vice]*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel: (503) 283-5474 ext. 407
rshannon@biologicaldiversity.org
*Attorney for Center for Biological Diversity*

*s/ Daniel S. Guerra*
CLEMENT ROBERTS (CSBA # 209203)
DANIEL S. GUERRA (CSBA # 267559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
croberts@orrick.com
dguerra@orrick.com

EMMANUEL FUA (CSBA # 284563)
ORRICK, HERRINGTON & SUTLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
efua@orrick.com
*Attorneys for Animal Legal Defense Fund*

*s/ Coby Healy Howell*
Coby Healy Howell
U.S. Department of Justice
Environment and Natural Resources Division
c/o U.S. Attorney's Office, 1000 SW Third Ave.
Portland, OR 97204
503-727-1023
Fax: 503-727-1117
Email: coby.howell@usdoj.gov

Michael Richard Eitel
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
1961 Stout Street, 8th Floor, Room 812
Denver, CO 80294
303-844-1479
Fax: 303-844-1350
Email: michael.eitel@usdoj.gov
*Attorneys for Federal Defendants*

STEVE MARSHALL
Attorney General of Alabama

*s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr. (*pro hac vice*)
Solicitor General
James W. Davis (*pro hac vice*)
Deputy Attorney General
A. Barrett Bowdre (*pro hac vice*)
Deputy Solicitor General
Office of the Alabama Attorney General
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
Telephone: (334) 353-2196
Fax: (334) 353-8400
E-mail: edmund.lacour@AlabamaAG.gov
jim.davis@AlabamaAG.gov
barrett.bowdre@AlabamaAG.gov

Paul Beard II (SBN 210563)
FisherBroyles LLP
5670 Wilshire Blvd., Ste. 1800
Los Angeles, CA 90036-5653
Telephone: (818) 216-3988
Fax: (213) 402-5034
E-mail: paul.beard@fisherbroyles.com
*Attorneys for State Intervenors*

*s/ Charles T. Yates*
Charles T. Yates (SBN 327704)
Email: cyates@pacificlegal.org
Damien M. Schiff (SBN 235101)
Email: dschiff@pacificlegal.org
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
*Counsel for Private-Landowner-Intervenors Kenneth Klemm, Beaver Creek Buffalo Co., Washington Cattlemen's Association, and Pacific Legal Foundation*

*s/ Christopher J. Carr*
Navi Singh Dhillon (SBN 279537)
Christopher J. Carr (SBN 184076)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Navi.Dhillon@paulhastings.com
chriscarr@paulhastings.com

*Counsel for Industry Defendant-Intervenors American Farm Bureau, American Forest Resource Council, American Petroleum Institute, Federal Forest Resource Coalition, National Alliance of Forest Owners, National Association of Home Builders, National Cattlemen's Beef Association, and Public Lands Council*

**IT IS SO ORDERED.**

Dated: October 14, 2021

THE HONORABLE JON S. TIGAR
United States District Judge