STEVE MARSHALL
*Attorney General of Alabama*
Edmund G. LaCour Jr. (*pro hac vice*)
*Solicitor General*
James W. Davis (*pro hac vice*)
*Assistant Attorney General*
A. Barrett Bowdre (*pro hac vice*)
*Deputy Solicitor General*
OFFICE OF THE ALABAMA ATTORNEY GENERAL
   501 Washington Ave.
   P.O. Box 300152
   Montgomery, AL 36130
   Telephone: (334) 353-2196
   Fax: (334) 353-8400
   E-mail: edmund.lacour@AlabamaAG.gov
          jim.davis@AlabamaAG.gov
          barrett.bowdre@AlabamaAG.gov

*Counsel for Defendant-Intervenor State of Alabama*

Paul Beard II (SBN 210563)
FISHER BROYLES LLP
   5670 Wilshire Blvd., Ste. 1800
   Los Angeles, CA 90036-5653
   Telephone: (818) 216-3988
   Fax: (213) 402-5034
   E-mail: paul.beard@fisherbroyles.com

*Counsel for Intervening States*

*[Counsel for other parties listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DEB HAALAND, U.S. Secretary of the Interior, *et al.*,<br><br>    Defendants,<br><br>and<br><br>STATE OF ALABAMA, *et al.*,<br><br>    Defendant-Intervenors. | Case No. 4:19-cv-06013-JST<br><br>Related Cases: No. 4:19-cv-05206-JST<br>                          No. 4:19-cv-06812-JST<br><br>**MOTION TO SUSPEND SUMMARY JUDGMENT BRIEFING PENDING RULING ON FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND WITHOUT VACATUR; PROPOSED ORDER** |

Pursuant to Civil Local Rules 6-1, 6-3, and 7-1, the three sets of Defendant-Intervenors in the related cases of *California v. Haaland*, No. 19-cv-06013, *Center for Biological Diversity v. Haaland*, No. 19-cv-05206, and *Animal Legal Defense Fund v. Haaland*, No. 19-cv-06812, respectfully move the Court to suspend the summary judgment briefing pending ruling on the Federal Defendants' motion for voluntary remand without vacatur. *See* ECF 165 in *California*; ECF 146 in *CBD*; ECF 109 in *ALDF*.

In support of this motion, the Defendant-Intervenors set forth the following:

1. On July 7, 2020, the Court entered the first scheduling order in the three related cases. *See* ECF 112 in *California*; ECF 101 in *CBD*; ECF 73 in *ALDF*. This scheduling order was later modified to allow additional time for the Federal Defendants to produce, and then for the other parties to challenge the completeness of, the privilege log and administrative record, and to move for summary judgment. *See* ECF 115, 122, 125 in *California*; ECF 103, 108, 111 in *CBD*; ECF 75, 80, 83 in *ALDF*.

2. On February 16, 2021, the Court granted a stipulated stay of proceedings for 60 days, and later renewed the stay for an additional 90 days. *See* ECF 139, 141, 143 in *California*; ECF 125, 127, 127 in *CBD*; ECF 89, 91, 93 in *ALDF*. The Court denied the Federal Defendants' request for an additional stay on October 7, 2021. *See* ECF 159 in *California*; ECF 138 in *CBD*; ECF 104 in *ALDF*.

3. On October 15, 2021, the Court entered a stipulated scheduling order to restart briefing on Plaintiffs' summary judgment motions. *See* ECF 161 in *California*; ECF 141 in *CBD*; ECF 106 in *ALDF*. The three sets of Plaintiffs re-filed their motions for summary judgment that same day. *See* ECF 162 in *California*; ECF 142 in *CBD*; ECF 107 in *ALDF*. Pursuant to the scheduling order, the Federal Defendants' combined responses and cross-motions were then due December 10, 2021; Defendant-Intervenors' combined responses and cross-motions are due January 7, 2022; Plaintiffs' combined replies and oppositions are due January 28, 2022; Federal Defendants' replies are due February 25, 2022; and Defendant-Intervenors' replies are due March 10, 2022. *See* ECF 161 in *California*; ECF 141 in *CBD*; ECF 106 in *ALDF*.

4. The Federal Defendants were thus to have 56 days and 120 pages to respond to Plaintiffs' motions and to move for summary judgment. The Defendant-Intervenors were then to have 28 days and 25 pages each to supplement the Federal Defendants' responses and move for summary judgment. The Defendant-Intervenors agreed to this schedule with the understanding that the Federal Defendants would be defending the challenged regulations.

5. That understanding turned out to be wrong. In lieu of moving for summary judgment and filing substantive responses to Plaintiffs' summary judgment motions, the Federal Defendants filed a motion for voluntary remand without vacatur and a "response" to Plaintiffs' motions that did not contest Plaintiffs' arguments. *See* ECF 165 in *California*; ECF 146 in *CBD*; ECF 109 in *ALDF*.

6. In light of the Federal Defendants' motion for voluntary remand without vacatur, the Defendant-Intervenors ask the Court to suspend summary judgment briefing until the Court rules on the remand motion.

7. First, suspending briefing will promote judicial economy. Pursuant to Civil Local Rule 7-3(a), any response to the remand motion is due December 27, 2021. Deferring summary judgment briefing will thus avoid briefing the summary judgment issues that could be rendered moot by the remand motion.

8. Second, suspending briefing will also prevent substantial hardship and prejudice to the Defendant-Intervenors, who will otherwise need to simultaneously brief, over the holidays, the remand motion (due December 27) and the summary judgment motions (due January 7). Additionally, because the Federal Defendants have chosen not to defend the regulations, the summary judgment briefing will be more time consuming than initially envisioned by the stipulated briefing schedule.

9. If the suspension is granted, the summary judgment briefing will restart upon the entry of any order denying the Federal Defendants' motion for remand. In that case, the Defendant-Intervenors' combined responses and motions will be due 4 weeks later, in

1  accordance with the time allotted in the briefing schedule. Additionally, the parties will file a

2  joint status report setting forth the revised dates on which subsequent briefing is due.

3      10.    The Defendant-Intervenors have consulted with counsel for the parties. The

4  Federal Defendants do not oppose suspending the summary judgment briefing schedule.

5  Plaintiffs have stated that they oppose this motion but that they plan to file a motion seeking a

6  January 2022 hearing date for the remand motion or, alternatively, asking the Court to rule on the

7  remand motion on the papers. Plaintiffs have stated that if the Court grants them a January

8  hearing date or the Court takes up the remand motion on the papers, they would be willing to

9  agree to a suspension of the summary judgment briefing schedule.

10     In compliance with Local Rule 5-1, the filer of this document attests that all signatories

11  listed have concurred in the filing of this document.

12     Respectfully submitted this 15th day of December, 2021.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEVE MARSHALL
Attorney General of Alabama

s/ A. Barrett Bowdre
Edmund G. LaCour Jr. (*pro hac vice*)
*Solicitor General*
James W. Davis (*pro hac vice*)
*Deputy Attorney General*
A. Barrett Bowdre (*pro hac vice*)
*Deputy Solicitor General*
OFFICE OF THE ALABAMA ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
Telephone: (334) 353-2196
Fax: (334) 353-8400
E-mail: edmund.lacour@AlabamaAG.gov
jim.davis@AlabamaAG.gov
barrett.bowdre@AlabamaAG.gov

*Counsel for Defendant-Intervenor*
*State of Alabama*

MARK BRNOVICH
Attorney General of Arizona

s/ L. John LeSueur
L. John LeSueur (*pro hac vice*)
Assistant Attorney General
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-0640
E-mail: John.LeSueur@azag.gov

*Counsel for Defendant-Intervenor*
*State of Arizona ex rel. Ariz. Game & Fish Commission*

DEREK SCHMIDT
Attorney General of Kansas

s/ Jeffrey A. Chanay
Jeffrey A. Chanay (*pro hac vice*)
*Chief Deputy Attorney General*
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW Tenth Avenue
Topeka, KS 66612-1597
Telephone: (785) 296-2215
Fax: (785) 291-3767
E-mail: jeff.chanay@ag.ks.gov

*Counsel for Defendant-Intervenor*
*State of Kansas*

s/ Paul Beard II
Paul Beard II (SBN 210563)
FISHERBROYLES LLP
5670 Wilshire Blvd., Ste. 1800
Los Angeles, CA 90036-5653
Telephone: (818) 216-3988
Fax: (213) 402-5034
E-mail: paul.beard@fisherbroyles.com

*Counsel for Intervening States*

AUSTEN KNUDSEN
Attorney General of Montana

s/ Jeremiah Langston
David Dewhirst (*pro hac vice*)
*Solicitor General*
Jeremiah Langston (*pro hac vice*)
*Assistant Attorney General*
MONTANA DEPARTMENT OF JUSTICE
215 N. Sanders St., P.O. Box 201401
Helena, MT 59620-1401
Telephone: (406) 444-3602
Fax: (406) 444-2026
E-mail: david.dewhirst@mt.gov
jeremiah.langston@mt.gov

*Counsel for Defendant-Intervenor*
*State of Montana*

DOUGLAS J. PETERSON
Attorney General of Nebraska

s/ Justin D. Lavene
Justin D. Lavene (*pro hac vice*)
*Assistant Attorney General*
Carlton Wiggam (*pro hac vice*)
*Assistant Attorney General*
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-2682
E-mail: justin.lavene@nebraska.gov
carlton.wiggam@nebraska.gov

*Counsel for Defendant-Intervenor*
*State of Nebraska*

| | |
|---|---|
| s/ Charles T. Yates<br>Charles T. Yates (SBN 327704)<br>Email: cyates@pacificlegal.org<br>Damien M. Schiff (SBN 235101)<br>Email: dschiff@pacificlegal.org<br>PACIFIC LEGAL FOUNDATION<br>555 Capitol Mall, Ste. 1290<br>Sacramento, CA 95814<br>Telephone: (916) 419-7111<br><br>*Counsel for Private-Landowner-Intervenors Kenneth Klemm, Beaver Creek Buffalo Co., Washington Cattlemen's Association, and Pacific Legal Foundation* | s/ Christopher J. Carr<br>Christopher J. Carr (SBN 184076)<br>Navi Singh Dhillon (SBN 279537)<br>PAUL HASTINGS LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 856-7000<br>chriscarr@paulhastings.com<br>navidhillon@paulhaustings.com<br><br>*Counsel for Industry Defendant-Intervenors American Farm Bureau, American Forest Resource Council, American Petroleum Institute, Federal Forest Resource Coalition, National Alliance of Forest Owners, National Association of Home Builders, National Cattlemen's Beef Association, and Public Lands Council* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

s/ A. Barrett Bowdre
Counsel for Defendant-Intervenor State of Alabama