TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HAALAND, et al., <br><br> Federal Defendants. | Case No. 4:19-cv-6013-JST <br><br> Related Cases: 19-cv-5206-JST; 19-cv-6812-JST <br><br> **NOTICE RE: FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND** |

As part of briefing on Federal Defendants' pending motion for a voluntary remand, the parties cited and discussed the district court's voluntary remand rulings in *In Re Clean Water Act Rulemaking*, -- F.Supp.3d --, 20-cv-4636-WHA, 2021 WL 4924844 (N.D. Cal. Oct. 21, 2021), *appeals docketed*; *In Re Am. Rivers*, Nos. 21-16958, 21-16961 (9th Cir. Nov. 21, 2021). *See, e.g.*, Federal Defendants' Motion for Voluntary Remand, ECF 165 at 21, 27 n.10; Federal Defendants' Reply in Support of Motion for Voluntary Remand, ECF 175 at 9-11. On April 6, 2022, the U.S. Supreme Court stayed the district court's order in *In Re Clean Water Act Rulemaking* "insofar as it vacates the current certification rule" during the voluntary remand period. *See Louisiana v. Am. Rivers*, -- S.Ct. --, No. 21A539, 2022 WL 1019417 (Apr. 6, 2022). The Supreme Court did not address the merits or otherwise discuss the district court's decision.

Out of caution, we are providing this notice of the Supreme Court's procedural ruling for informational purposes only.

DATED: April 6, 2022.

TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
COBY HOWELL, Senior Trial Attorney

*/s/ Michael R. Eitel*
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1000 S.W. Third Avenue
Portland, OR 97204
Phone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Michael R. Eitel*
MICHAEL R. EITEL, Senior Attorney