STEVE MARSHALL
*Attorney General of Alabama*
Edmund G. LaCour Jr. (*pro hac vice*)
*Solicitor General*
James W. Davis (*pro hac vice*)
*Deputy Attorney General*
A. Barrett Bowdre (*pro hac vice*)
*Deputy Solicitor General*
OFFICE OF THE ALABAMA ATTORNEY GENERAL
   501 Washington Ave.
   P.O. Box 300152
   Montgomery, AL 36130
   Telephone: (334) 353-2196
   Fax: (334) 353-8400
   E-mail: edmund.lacour@AlabamaAG.gov
             jim.davis@AlabamaAG.gov
             barrett.bowdre@AlabamaAG.gov

*Counsel for Defendant-Intervenor State of Alabama*

Paul Beard II (SBN 210563)
FISHER BROYLES LLP
   5670 Wilshire Blvd., Ste. 1800
   Los Angeles, CA 90036-5653
   Telephone: (818) 216-3988
   Fax: (213) 402-5034
   E-mail: paul.beard@fisherbroyles.com

*Counsel for Intervening States*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF ALABAMA, *et al.*, <br><br> Defendant-Intervenors. | Case No. 4:19-cv-06013-JST <br><br> Related Cases: No. 4:19-cv-06812-JST <br>                     No. 4:19-cv-05206-JST <br><br> **STATE DEFENDANT-INTERVENORS' NOTICE OF APPEAL** |

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the State Defendant Intervenors—the States of Alabama, Alaska, Arizona ex rel. Arizona Game and Fish Commission, Arkansas, Idaho, Kansas, Missouri, Montana, Nebraska, North Dakota, Utah, West Virginia, and Wyoming—hereby appeal to the United States Court of Appeals for the Ninth Circuit from (1) this Court's Order Granting Motion to Remand and Vacating Challenged Regulations, ECF 193, entered on July 5, 2022; and (2) this Court's Final Judgment, ECF 194, entered on July 5, 2022. A representation statement is attached.

In compliance with Local Rule 5-1, the filer of this document attests that all signatories listed have concurred in the filing of this document.

Respectfully submitted this 21st day of July, 2022.

| | |
|---|---|
| STEVE MARSHALL<br>Attorney General of Alabama | |
| s/ A. Barrett Bowdre<br>Edmund G. LaCour Jr. (*pro hac vice*)<br>*Solicitor General*<br>James W. Davis (*pro hac vice*)<br>*Deputy Attorney General*<br>A. Barrett Bowdre (*pro hac vice*)<br>*Deputy Solicitor General*<br>OFFICE OF THE ALABAMA ATTORNEY GENERAL<br>501 Washington Ave.<br>Montgomery, AL 36130<br>Telephone: (334) 353-2196<br>Fax: (334) 353-8400<br>E-mail: edmund.lacour@AlabamaAG.gov<br>jim.davis@AlabamaAG.gov<br>barrett.bowdre@AlabamaAG.gov<br><br>*Counsel for Defendant-Intervenor State of Alabama* | s/ Paul Beard II<br>Paul Beard II (SBN 210563)<br>FISHER BROYLES LLP<br>5670 Wilshire Blvd., Ste. 1800<br>Los Angeles, CA 90036-5653<br>Telephone: (818) 216-3988<br>Fax: (213) 402-5034<br>E-mail: paul.beard@fisherbroyles.com<br><br>*Counsel for Intervening States*<br><br>AUSTIN KNUDSEN<br>Attorney General of Montana<br><br>s/ David Dewhirst<br>David Dewhirst (*pro hac vice*)<br>*Solicitor General*<br>MONTANA DEPARTMENT OF JUSTICE<br>215 N. Sanders St., P.O. Box 201401<br>Helena, MT 59620-1401<br>Telephone: (406) 444-3602<br>Fax: (406) 444-2026<br>E-mail: david.dewhirst@mt.gov<br><br>*Counsel for Defendant-Intervenor State of Montana* |
| MARK BRNOVICH<br>Attorney General of Arizona<br><br>s/ L. John LeSueur<br>L. John LeSueur (*pro hac vice*)<br>*Assistant Attorney General*<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004<br>Telephone: (602) 542-0640<br>E-mail: John.LeSueur@azag.gov<br><br>*Counsel for Defendant-Intervenor State of Arizona ex rel. Ariz. Game & Fish Commission* | DOUGLAS J. PETERSON<br>Attorney General of Nebraska<br><br>s/ Justin D. Lavene<br>Justin D. Lavene (*pro hac vice*)<br>*Assistant Attorney General*<br>Carlton Wiggam (*pro hac vice*)<br>*Assistant Attorney General*<br>2115 State Capitol<br>Lincoln, NE 68509<br>Telephone: (402) 471-2682<br>E-mail: justin.lavene@nebraska.gov<br>carlton.wiggam@nebraska.gov<br><br>*Counsel for Defendant-Intervenor State of Nebraska* |
| DEREK SCHMIDT<br>Attorney General of Kansas<br><br>s/ Jeffrey A. Chanay<br>Jeffrey A. Chanay (*pro hac vice*)<br>*Chief Deputy Attorney General*<br>OFFICE OF THE KANSAS ATTORNEY GENERAL<br>120 SW Tenth Avenue<br>Topeka, KS 66612-1597<br>Telephone: (785) 296-2215<br>Fax: (785) 291-3767<br>E-mail: jeff.chanay@ag.ks.gov<br><br>*Counsel for Defendant-Intervenor State of Kansas* | *[Additional counsel listed on next page]* |

TREG. R. TAYLOR
Attorney General of Alaska

LESLIE RUTLEDGE
Attorney General of Arkansas

LAWRENCE G. WASDEN
Attorney General of Idaho

ERIC S. SCHMITT
Attorney General of Missouri

DREW H. WRIGLEY
Attorney General of North Dakota

SEAN D. REYES
Attorney General of Utah

PATRICK MORRISEY
Attorney General of West Virginia

BRIDGET HILL
Attorney General of Wyoming

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, State Defendant-Intervenors—the States of Alabama, Alaska, Arizona ex rel. Arizona Game & Fish Commission, Arkansas, Idaho, Kansas, Missouri, Montana, Nebraska, North Dakota, Utah, West Virginia, and Wyoming—hereby submit the following representation statement:

State Defendant-Intervenors are represented by:

| | |
|---|---|
| Edmund G. LaCour Jr.<br>*Solicitor General*<br>James W. Davis<br>*Deputy Attorney General*<br>A. Barrett Bowdre<br>*Deputy Solicitor General*<br>OFFICE OF THE ALABAMA ATTORNEY GENERAL<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130<br>Telephone: (334) 353-2196<br>Fax: (334) 353-8400<br>E-mail: edmund.lacour@AlabamaAG.gov<br>         jim.davis@AlabamaAG.gov<br>         barrett.bowdre@AlabamaAG.gov<br><br>*Counsel for Defendant-Intervenor State of Alabama* | Paul Beard II (SBN 210563)<br>FISHER BROYLES LLP<br>5670 Wilshire Blvd., Ste. 1800<br>Los Angeles, CA 90036-5653<br>Telephone: (818) 216-3988<br>Fax: (213) 402-5034<br>E-mail: paul.beard@fisherbroyles.com<br><br>*Counsel for Defendant-Intervenor States of Alabama, Alaska, Arizona ex rel. the Arizona Game and Fish Commission, Arkansas, Idaho, Kansas, Missouri, Montana, Nebraska, North Dakota, Utah, West Virginia, and Wyoming* |
| L. John LeSueur<br>*Assistant Attorney General*<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004<br>Telephone: (602) 542-0640<br>E-mail: John.LeSueur@azag.gov<br><br>*Counsel for Defendant-Intervenor State of Arizona ex rel. Ariz. Game & Fish Commission* | David Dewhirst<br>*Solicitor General*<br>MONTANA DEPARTMENT OF JUSTICE<br>215 N. Sanders St., P.O. Box 201401<br>Helena, MT 59620-1401<br>Telephone: (406) 444-3602<br>Fax: (406) 444-2026<br>E-mail: david.dewhirst@mt.gov<br><br>*Counsel for Defendant-Intervenor State of Montana* |

| Jeffrey A. Chanay<br>*Chief Deputy Attorney General*<br>OFFICE OF THE KANSAS ATTORNEY GENERAL<br>120 SW Tenth Avenue<br>Topeka, KS 66612-1597<br>Telephone: (785) 296-2215<br>Fax: (785) 291-3767<br>E-mail: jeff.chanay@ag.ks.gov<br><br>*Counsel for Defendant-Intervenor*<br>*State of Kansas* | Justin D. Lavene<br>*Assistant Attorney General*<br>Carlton Wiggam<br>*Assistant Attorney General*<br>OFFICE OF THE NEBRASKA ATTORNEY GENERAL<br>2115 State Capitol<br>Lincoln, NE 68509<br>Telephone: (402) 471-2682<br>E-mail: justin.lavene@nebraska.gov<br>        carlton.wiggam@nebraska.gov<br><br>*Counsel for Defendant-Intervenor*<br>*State of Nebraska* |
|---|---|

Private Landowner Defendant-Intervenors are represented by:

| Charles T. Yates<br>Damien M. Schiff<br>PACIFIC LEGAL FOUNDATION<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>Telephone: (916) 419-7111<br>Fax: (916) 419-7747<br>E-mail: cyates@pacificlegal.org<br>        dschiff@pacificlegal.org<br><br>*Counsel for Private Landowner*<br>*Defendant-Intervenors:*<br><br>*Washington Cattlemen's Association*<br>*Pacific Legal Foundation*<br>*Kenneth Klemm*<br>*Beaver Creek Buffalo Co.* | |
|---|---|

Industry Defendants-Intervenors are represented by:

| | |
|---|---|
| Christopher J. Carr<br>Navtej Singh Dhillon<br>PAUL HASTINGS LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 856-7000<br>Fax: (415) 856-7100<br>E-mail: chriscarr@paulhastings.com<br>         navidhillon@paulhastings.com<br><br>*Counsel for Industry Defendant-Intervenors:*<br><br>*American Farm Bureau Federation*<br>*American Forest Resource Council*<br>*American Petroleum Institute*<br>*Federal Forest Resource Coalition*<br>*National Alliance of Forest Owners*<br>*National Association of Home Builders*<br>*National Cattlemen's Beef Association*<br>*Public Lands Council* | |

Plaintiffs are represented by:

| | |
|---|---|
| George Turgun<br>Tara Mueller<br>Erin Ganahl<br>OFFICE OF THE ATTORNEY GENERAL<br>1515 Clay Street, 20th Floor<br>PO Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-1002<br>E-mail: George.torgun@doj.ca.gov<br>         Tara.mueller@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | Steven J. Goldstein<br>OFFICE OF THE ATTORNEY GENERAL<br>200 St. Paul Place, 20th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 576-6414<br>E-mail: sgoldstein@oag.state.md.us<br><br>*Counsel for Plaintiff State of Maryland* |
| Matthew I. Levine<br>Daniel M. Salton<br>OFFICE OF THE ATTORNEY GENERAL<br>PO Box 120<br>55 Elm Street<br>Hartford, CT 06141-0120<br>Telephone: (860) 808-5250<br>E-mail: Daniel.salton@ct.gov<br><br>*Counsel for Plaintiff State of Connecticut* | Matthew Ireland<br>Turner Smith<br>OFFICE OF THE ATTORNEY GENERAL<br>Environmental Protection Division<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 727-2200<br>E-mail: matthew.ireland@mass.gov<br><br>*Counsel for Plaintiff State of Massachusetts* |

| | |
|---|---|
| Eric R. Olson<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Telephone: (720) 508-6548<br>E-mail: eric.olson@coag.gov<br><br>*Counsel for Plaintiff State of Colorado* | Jason E. James<br>Matthew J. Dunn<br>OFFICE OF THE ATTORNEY GENERAL<br>Environmental Bureau<br>69 West Washington Street, 18th Floor<br>Chicago, IL 60602<br>Telephone: (313) 814-0660<br>E-mail: jjames@atg.state.il.us<br><br>*Counsel for Plaintiff State of Illinois* |
| Nathan A. Gambill<br>OFFICE OF THE ATTORNEY GENERAL<br>Environment, Natural Resources and<br>Agriculture Division<br>PO Box 30755<br>Lansing, MI 48909<br>Telephone: (517) 335-7664<br>E-mail: gambilln@michigan.gov<br><br>*Counsel for Plaintiff State of Michigan* | Lisa Morelli<br>OFFICE OF THE ATTORNEY GENERAL<br>Environmental Enforcement and<br>Environmental Justice<br>R.J. Hughes Justice Complex<br>PO Box 093<br>Trenton, NJ 08625<br>Telephone: (609) 376-2708<br>E-mail: lisa.morelli@law.njoag.gov<br><br>*Counsel for Plaintiff State of New Jersey* |
| Laura Mirman-Heslin<br>Timothy Hoffman<br>Jennifer Nalbone<br>OFFICE OF THE ATTORNEY GENERAL<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (212) 416-6091<br>E-mail: laura.mirman-heslin@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York* | Peter N. Surdo<br>OFFICE OF THE ATTORNEY GENERAL<br>445 Minnesota Street<br>St. Paul, MN 55101<br>Telephone: (651) 757-1061<br>E-mail: peter.surdo@ag.state.mn.us<br><br>*Counsel for Plaintiff State of Minnesota* |
| Tori N. Sundheim<br>OFFICE OF THE ATTORNEY GENERAL<br>100 North Carson Street<br>Carson City, NV 89701<br>Telephone: (775) 684-1219<br>E-mail: tsundheim@ag.nv.gov<br><br>*Counsel for Plaintiff State of Nevada* | William Grantham<br>OFFICE OF THE ATTORNEY GENERAL<br>201 Third Street NW, Suite 300<br>Albuquerque, NM 87102<br>Telephone: (505) 717-3520<br>E-mail: wgrantham@nmag.gov<br><br>*Counsel for Plaintiff State of New Mexico* |
| Paul Garrahan<br>Steve Novick<br>OFFICE OF THE ATTORNEY GENERAL<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301<br>Telephone: (503) 947-4593<br>E-mail: steve.novick@doj.state.or.us<br><br>*Counsel for Plaintiff State of Oregon* | Gregory S. Schultz<br>OFFICE OF THE ATTORNEY GENERAL<br>150 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 274-4400<br>E-mail: gschultz@riag.ri.gov<br><br>*Counsel for Plaintiff State of Rhode Island* |

| | |
|---|---|
| Aurora Janke<br>OFFICE OF THE ATTORNEY GENERAL<br>800 5th Avenue, Suite 2000 TB-14<br>Seattle, WA 98104<br>Telephone: (206) 233-3391<br>E-mail: aurora.janke@atg.wa.gov<br><br>*Counsel for Plaintiff State of Washington* | Amy L. Bircher<br>Scott A. Conklin<br>OFFICE OF THE ATTORNEY GENERAL<br>114 W. Edenton Street<br>Raleigh, NC 27603<br>Telephone: (919) 716-6400<br>E-mail: abircher@ncdoj.gov<br>       sconklin@ncdoj.gov<br><br>*Counsel for Plaintiff State of North Carolina* |
| Aimee D. Thompson<br>Ann R. Johnston<br>OFFICE OF THE ATTORNEY GENERAL<br>16090 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>Telephone: (267) 940-6696<br>E-mail: athompson@attorneygeneral.gov<br><br>*Counsel for Plaintiff State of Pennsylvania* | Ryan P. Kane<br>OFFICE OF THE ATTORNEY GENERAL<br>109 State Street<br>Montpelier, VT 05602<br>Telephone: (802) 828-3171<br>E-mail: eric.olson@coag.gov<br><br>*Counsel for Plaintiff State of Vermont* |
| Gabe Johnson-Karp<br>OFFICE OF THE ATTORNEY GENERAL<br>PO Box 7857<br>Madison, WI 53707<br>Telephone: (608) 267-8904<br>E-mail: johnsonkarpg@doj.state.wi.us<br><br>*Counsel for Plaintiff State of Wisconsin* | David Hoffmann<br>OFFICE OF THE ATTORNEY GENERAL<br>441 4th Street NW, Suite 630 South<br>Washington, DC 20001<br>Telephone: (202) 724-9727<br>E-mail: David.hoffmann@dc.gov<br><br>*Counsel for Plaintiff District of Columbia* |
| Antonia Pereira<br>NEW YORK CITY LAW DEPARTMENT<br>100 Church Street, Room 6-140<br>New York, NY 10007<br>Telephone: (212) 356-2309<br>E-mail: anpereir@law.nyc.gov<br><br>*Counsel for Plaintiff City of New York* | |

Federal Defendants are represented by:

| Coby H. Howell<br>U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>c/o U.S. Attorney's Office<br>1000 SW Third Avenue<br>Portland, OR 97204<br>Telephone: (503) 727-1023<br>Fax: (503) 727-1117<br>E-mail: coby.howell@usdoj.gov<br><br>*Counsel for Federal Defendants:*<br><br>*Deb Haaland, U.S. Secretary of the Interior*<br>*U.S. Fish and Wildlife Service*<br>*Gina Raimondo, U.S. Secretary of Commerce*<br>*National Marine Fisheries Service* | Michael R. Eitel<br>U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>999 18th Street, South Terrace 370<br>Denver, CO 80202<br>Telephone: (303) 844-1479<br>Fax: (303) 844-1350<br>E-mail: Michael.eitel@usdoj.gov<br><br>*Counsel for Federal Defendants:*<br><br>*Deb Haaland, U.S. Secretary of the Interior*<br>*U.S. Fish and Wildlife Service*<br>*Gina Raimondo, U.S. Secretary of Commerce*<br>*National Marine Fisheries Service* |
|---|---|