CHARLES T. YATES, No. 327704
cyates@pacificlegal.org
DAMIEN M. SCHIFF, No. 235101
dschiff@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Private Landowner Intervenors*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

DEB HAALAND, U.S. Secretary of the Interior, et al.,

Defendants,

WASHINGTON CATTLEMEN'S ASSOCIATION, et al.,

Private Landowner Intervenors.

No. 4:19-cv-06013-JST

Related Cases: 4:19-cv-05206-JST
4:19-cv-06812-JST

**WASHINGTON CATTLEMEN'S ASSOCIATION AND PACIFIC LEGAL FOUNDATION'S NOTICE OF APPEAL**

Date Filed: September 25, 2019
Judge: The Hon. Jon S. Tigar

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Washington Cattlemen's Association and Pacific Legal Foundation, hereby appeal the Court's July 5, 2022, Order (ECF No. 193) and Final Judgment (ECF No. 194). This appeal is taken to the United States Court of Appeals for the Ninth Circuit. Pursuant to Ninth Circuit Rule 3-2(b), a Representation Statement that identifies all parties to this action, along with names, addresses, and telephone numbers of their respective counsel, is attached hereto.

DATED: July 21, 2022.

Respectfully submitted,

CHARLES T. YATES
DAMIEN M. SCHIFF

By /s/ Charles T. Yates
CHARLES T. YATES

*Attorneys for Private Landowner Intervenors*

CHARLES T. YATES, No. 327704
cyates@pacificlegal.org
DAMIEN M. SCHIFF, No. 235101
dschiff@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Private Landowner Intervenors*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

DEB HAALAND, U.S. Secretary of the Interior, et al.,

Defendants,

WASHINGTON CATTLEMEN'S ASSOCIATION, et al.,

Private Landowner Intervenors.

No. 4:19-cv-06013-JST

Related Cases: 4:19-cv-05206-JST
4:19-cv-06812-JST

**WASHINGTON CATTLEMEN'S ASSOCIATION AND PACIFIC LEGAL FOUNDATION'S REPRESENTATION STATEMENT**

Date Filed: September 25, 2019
Judge: The Hon. Jon S. Tigar

**REPRESENTATION STATEMENT**

The following is a list of all parties to the action and the names, addresses, and telephone numbers of their respective counsel, in accordance with Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b).

**DEFENDANT INTERVENORS-APPELLANTS**

*Counsel for Defendant Intervenors-Appellants Washington Cattlemen's Association and Pacific Legal Foundation:*

**CHARLES T. YATES**
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Email: cyates@pacificlegal.org

**DAMIEN M. SCHIFF**
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Email: dschiff@pacificlegal.org

**PLAINTIFFS-APPELLEES**

*Counsel for Plaintiff-Appellee State of California, Commonwealth of Massachusetts, State of Maryland, State of Colorado, State of Connecticut, State of Illinois, People of the State of Michigan, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, State of Oregon, State of Washington, District of Columbia, and City of New York:*

**GEORGE MATTHEW TORGUN**
California Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-1002
Fax: (510) 622-2270
Email: George.Torgun@doj.ca.gov

*Counsel for Plaintiff-Appellee State of California:*

**TARA LYNN MUELLER**
California Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-0754
Fax: (510) 622-2270
Email: tara.mueller@doj.ca.gov

*Counsel for Plaintiff-Appellee Commonwealth of Massachusetts:*

**MATTHEW IRELAND**
Massachusetts Attorney General's Office
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108-1598
Telephone: (617) 727-2200
Fax: (617) 727-9665
Email: matthew.ireland@mass.gov

**TURNER H. SMITH**
Massachusetts Attorney General's Office
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2782
Email: turner.smith@mass.gov

*Counsel for Plaintiff-Appellee State of Maryland:*

**STEVEN JAY GOLDSTEIN** (*pro hac vice*)
Office of the Attorney General of Maryland
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
Telephone: (410) 576−6414
Email: sgoldstein@oag.state.md.us

*Counsel for Plaintiff-Appellee State of Colorado:*

**ERIC REUEL OLSON** (*pro hac vice*)
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6548
Email: eric.olson@coag.gov

*Counsel for Plaintiff-Appellee State of Connecticut:*

**DANIEL SALTON** (*pro hac vice*)
Connecticut Attorney General's Office
55 Elm Street
PO Box 55
Hartford, CT 06141-0120
Telephone: (860) 808-5250
Email: Daniel.Salton@ct.gov

*Counsel for Plaintiff-Appellee State of Illinois:*

**JASON ELLIOTT JAMES** (*pro hac vice*)
Illinois Attorney General's Office
Environmental Bureau
69 W. Washington St., 18th Floor
Chicago, IL 60602
Telephone: (312) 814-0660
Email: jason.james@ilag.gov

*Counsel for Plaintiff-Appellee People of the State of Michigan:*

**NATHAN A. GAMBILL** (*pro hac vice*)
525 W. Ottawa St.
Lansing, MI 48909
Telephone: (517) 335-7664
Fax: (517) 335-7636
Email: GambillN@michigan.gov

*Counsel for Plaintiff-Appellee State of Nevada:*

**TORI NICOLE SUNDHEIM**
State of Nevada, Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1219
Fax: (775) 684-1108
Email: TSundheim@ag.nv.gov

*Counsel for Plaintiff-Appellee State of New Jersey:*

**LISA JO MORELLI**
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
PO Box 093
Trenton, NJ 08625-4503
Telephone: (609) 376-2709
Email: lisa.morelli@law.njoag.gov

*Counsel for Plaintiff-Appellee State of New Mexico:*

**WILLIAM G. GRANTHAM**
New Mexico Attorney General's Office
201 Third St. NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 717-3520
Email: wgrantham@nmag.gov

*Counsel for Plaintiff-Appellee State of North Carolina:*

**SCOTT A. CONKLIN** (*pro hac vice*)
North Carolina Department of Justice
Environmental Division
PO Box 629
Raleigh, NC 27602
Telephone: (919) 716-6959
Email: sconklin@ncdoj.gov

*Counsel for Plaintiff-Appellee State of Oregon:*

**PAUL ANDREW GARRAHAN**
Oregon Department of Justice
Natural Resources Section
1162 Court St., NE
Salem, OR 97301-4096
Telephone: (503) 947-4593
Email: paul.garrahan@doj.state.or.us

**STEVEN NOVICK**
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
Telephone: (971) 673-1891
Email: Steve.Novick@doj.state.or.us

*Counsel for Plaintiff-Appellee Commonwealth of Pennsylvania:*

**AIMEE DIANE THOMSON** (*pro hac vice*)
Pennsylvania Office of Attorney General
Impact Litigation Section
1600 Arch St., Suite 300
Philadelphia, PA 19103
Telephone: (267) 940-6696
Email: athomson@attorneygeneral.gov

**TURNER H. SMITH**
(See above for address)

*Counsel for Plaintiff-Appellee State of Vermont:*

**RYAN PATRICK KANE** (*pro hac vice*)
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-2153
Email: ryan.kane@vermont.gov

*Counsel for Plaintiff-Appellee State of Washington:*

**AURORA JANKE** (*pro hac vice*)
Washington State Attorney General's Office
Counsel for Environmental Protection
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 233-3391
Email: Aurora.Janke@atg.wa.gov

**ELIZABETH MARIE CAROLINE HARRIS** (*pro hac vice*)
Washington State Attorney General's Office
Counsel for Environmental Protection
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 521-3213
Email: elizabeth.harris@atg.wa.gov

*Counsel for Plaintiff-Appellee City of New York:*

**ANTONIA FREIRE PEREIRA**
New York City Law Department
100 Church Street
New York, NY 10007
Telephone: (212) 356-2309
Email: Anpereir@law.nyc.gov

**DEVON GOODRICH** (*pro hac vice*)
New York City Law Department
Environmental Law Division
100 Church Street, Room 6-133
New York, NY 10007
Telephone: (212) 356-2316
Fax: (212) 356-2069
Email: dgoodric@law.nyc.gov

*Counsel for Plaintiff-Appellee State of Wisconsin*

**GABE JOHNSON−KARP** (*pro hac vice*)
State of Wisconsin
Department of Justice
17 West Main Street
Madison, WI 53703
Telephone: (608) 267-8904
Email: johnsonkarpg@doj.state.wi.us

*Counsel for Plaintiff-Appellee State of Minnesota:*

**PETER N. SURDO** (*pro hac vice*)
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 900
St. Paul, MN 55101
Telephone: (651) 757-1061
Email: peter.surdo@ag.state.mn.us

**FEDERAL DEFENDANTS**

*Counsel for Federal Defendants Deb Haaland in her Official Capacity as Secretary of the United States Department of the Interior, United States Fish and Wildlife Service, Gina Raimondo in her Official Capacity as Secretary of the United States Department of Commerce, and National Marine Fisheries Service:*

**COBY HEALY HOWELL**
United States Department of Justice
Environment and Natural Resources Division
c/o U.S. Attorney's Office, 1000 SW Third Avenue
Portland, OR 97204
Telephone: (503) 727-1023
Fax: (503) 727-1117
Email: coby.howell@usdoj.gov

**MICHAEL RICHARD EITEL**
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace 370
Denver, CO 80202
Telephone: (303) 844-1479
Fax: (303) 844-1350
Email: michael.eitel@usdoj.gov

**INDUSTRY DEFENDANT INTERVENORS**

*Counsel for Defendant Intervenors American Farm Bureau Federation, American Forest Resource Council, American Petroleum Institute, Federal Forest Resource Coalition, National Alliance of Forest Owners, National Association of Home Builders, National Cattlemen's Beef Association, Public Lands Council:*

**CHRISTOPHER J. CARR**
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100
Email: chriscarr@paulhastings.com

**NAVTEJ SINGH DHILLON**
Paul Hastings LLP
101 California Street, 48th Floor
San Francisco, CA 94111

Telephone: (415) 856-7000
Email: Navidhillon@paulhastings.com

**STATE DEFENDANT INTERVENORS**

*Counsel for Defendant Intervenors States of States of Alabama, Alaska, Arizona ex rel. the Arizona Game and Fish Commission, Arkansas, Idaho, Kansas, Missouri, Montana, Nebraska, North Dakota, Utah, West Virginia, and Wyoming:*

**PAUL J. BEARD, II**
FisherBroyles LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036-5653
Telephone: (213) 394-6770
Fax: (213) 402-5034
Email: paul.beard@fisherbroyles.com

*Counsel for Defendant Intervenor State of Alabama:*

**ALEXANDER BARRETT BOWDRE** (*pro ha vice*)
Office of the Alabama Attorney General
Solicitor General Division
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130
Telephone: (334) 353-8892
Email: barrett.bowdre@AlabamaAG.gov

**EDMUND GERARD LACOUR, JR.** (*pro ha vice*)
Office of the Alabama Attorney General
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130
Telephone: (334) 353-2196
Email: Edmund.LaCour@AlabamaAG.gov

**JAMES WILLIAM DAVIS** (*pro ha vice*)
Office of the Alabama Attorney General
501 Washington Avenue
PO Box 300152
Montgomery, AL 36130
Telephone (334) 353-1356
Email: Jim.Davis@AlabamaAG.gov

*Counsel for Defendant Intervenor State Arizona ex rel. the Arizona Game and Fish Commission:*

**L. JOHN LESUEUR** (*pro hac vice*)
Assistant Attorney General
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-0640
Email: John.LeSueur@azag.gov

*Counsel for Defendant Intervenor State of Kansas:*

**JEFFREY A. CHANAY** (*pro hac vice*)
Chief Deputy Attorney General
Office of the Kansas Attorney General
120 SW Tenth Avenue
Topeka, KS 66612-1597
Telephone: (785) 296-2215
Fax: (785) 291-3767
Email: jeff.chanay@ag.ks.gov

*Counsel for Defendant Intervenor State Montana:*

**DAVID DEWHIRST** (*pro hac vice*)
Solicitor General
Montana Department of Justice
215 N. Sanders St.
PO Box 201401
Helena, MT 59620-1401
Telephone: (406) 444-3602
Fax: (406) 444-2026
Email: david.dewhirst@mt.gov

**JEREMIAH LANGSTON** (*pro hac vice*)
Assistant Attorney General
Montana Department of Justice
215 N. Sanders St.
PO Box 201401
Helena, MT 59620-1401
Telephone: (406) 444-3602
Fax: (406) 444-2026
Email: jeremiah.langston@mt.gov

*Counsel for Defendant Intervenor State of Nebraska:*

**JUSTIN D. LAVENE** (*pro hac vice*)
Assistant Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-2682
Email: justin.lavene@nebraska.gov

**CARLTON WIGGAM** (*pro hac vice*)
Assistant Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-2682
Email: carlton.wiggam@nebraska.gov

**PRIVATE LANDOWNER DEFENDANT INTERVENORS**

*Counsel for Defendant Intervenors Ken Klemm and Beaver Creek Buffalo Company:*

**CHARLES T. YATES**
(see above for address)

**DAMIEN M. SCHIFF**
(see above for address)

DATED: July 21, 2022.

Respectfully submitted,

CHARLES T. YATES
DAMIEN M. SCHIFF

By /s/ Charles T. Yates
CHARLES T. YATES

*Attorneys for Private Landowner Intervenors*