1  NAVI SINGH DHILLON (SBN 279537)
   navidhillon@paulhastings.com
2  CHRISTOPHER J. CARR (SBN 184076)
   chriscarr@paulhastings.com
3  DYLAN C. REDOR (SBN 338136)
   dylanredor@paulhastings.com
4  WILL GRAY (SBN 325657)
   willgray@paulhastings.com
5  PAUL HASTINGS LLP
   101 California Street, 48th Floor
6  San Francisco, California 94111
   Telephone: (415) 856-7070
7
   Attorneys for Industry Defendant-Intervenors
8  AMERICAN FARM BUREAU FEDERATION, et al.
   (refer to signature page for complete list of parties represented)
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

14  STATE OF CALIFORNIA, et al.,              Case No. 4:19-cv-06013-JST

15              Plaintiffs,                    Related Case: No. 4:19-cv-05206-JST
                                               Related Case: No. 4:19-cv-06812-JST
16       v.
                                               **INDUSTRY INTERVENORS' NOTICE**
17  BERNHARDT, et al.,                         **OF APPEAL [CORRECTED]**

18              Defendants,                     Date:        TBA
                                                Time:        TBA
19  STATE OF ALABAMA, et al.                    Courtroom:   6, 2nd floor
                                                Judge:       Hon. Jon S. Tigar
20
21              Defendant-
                Intervenors.
22

23

24

25

26

27

28
                                                           Case No. 4:19-cv-06013-JST

NOTICE OF APPEAL [CORRECTED]

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the Industry Intervenors—American Farm Bureau Federation, American Forest Resource Council, American Petroleum Institute, Federal Forest Resource Coalition, National Alliance of Forest Owners, National Association of Home Builders, National Cattlemen's Beef Association, and Public Lands Council—hereby appeal to the United States Court of Appeals for the Ninth Circuit from (1) this Court's Order Granting Motion to Remand and Vacating Challenged Regulations, ECF No. 193, entered on July 5, 2022; and (2) this Court's Final Judgment, ECF No. 194, entered on July 5, 2022.  A representation statement is attached.

Respectfully submitted,

DATED:  July 22, 2022

PAUL HASTINGS LLP

By:  _____/s/ Christopher J. Carr_____
      CHRISTOPHER J. CARR

Attorneys for Industry Defendant-Intervenors

AMERICAN FARM BUREAU FEDERATION; AMERICAN FOREST RESOURCE COUNCIL; AMERICAN PETROLEUM INSTITUTE; FEDERAL FOREST RESOURCE COALITION; NATIONAL ALLIANCE OF FOREST OWNERS; NATIONAL ASSOCIATION OF HOME BUILDERS; NATIONAL CATTLEMEN'S BEEF ASSOCIATION; and PUBLIC LANDS COUNCIL.

1    Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, Industry

2    Intervenors—American Farm Bureau Federation, American Forest Resource Council, American

3    Petroleum Institute, Federal Forest Resource Coalition, National Alliance of Forest Owners,

4    National Association of Home Builders, National Cattlemen's Beef Association, and Public Lands

5    Council—hereby submit the following representation statement:

6        Industry Intervenors are represented by:

7

| Christopher J. Carr | |
| Navtej Singh Dhillon | |
| PAUL HASTINGS LLP | |
| 101 California Street, 48th Floor | |
| San Francisco, CA 94111 | |
| Telephone: (415) 856-7000 | |
| Fax: (415) 856-7100 | |
| E-mail: chriscarr@paulhastings.com | |
| navidhillon@paulhastings.com | |
| | |
| *Counsel for Industry Defendant-Intervenors:* | |
| | |
| *American Farm Bureau Federation* | |
| *American Forest Resource Council* | |
| *American Petroleum Institute* | |
| *Federal Forest Resource Coalition* | |
| *National Alliance of Forest Owners* | |
| *National Association of Home Builders* | |
| *National Cattlemen's Beef Association* | |
| *Public Lands Council* | |

1

State Defendant-Intervenors are represented by:

2

| | |
|---|---|
| Edmund G. LaCour Jr.<br>*Solicitor General*<br>James W. Davis<br>*Deputy Attorney General*<br>A. Barrett Bowdre<br>*Deputy Solicitor General*<br>OFFICE OF THE ALABAMA ATTORNEY GENERAL<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130<br>Telephone: (334) 353-2196<br>Fax: (334) 353-8400<br>E-mail: edmund.lacour@AlabamaAG.gov<br>       jim.davis@AlabamaAG.gov<br>       barrett.bowdre@AlabamaAG.gov<br><br>*Counsel for Defendant-Intervenor State of Alabama* | Paul Beard II<br>FISHER BROYLES LLP<br>5670 Wilshire Blvd., Ste. 1800<br>Los Angeles, CA 90036-5653<br>Telephone: (818) 216-3988<br>Fax: (213) 402-5034<br>E-mail: paul.beard@fisherbroyles.com<br><br><br>*Counsel for Defendant-Intervenor States of Alabama, Alaska, Arizona ex rel. the Arizona Game and Fish Commission, Arkansas, Idaho, Kansas, Missouri, Montana, Nebraska, North Dakota, Utah, West Virginia, and Wyoming* |
| L. John LeSueur<br>*Assistant Attorney General*<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004<br>Telephone: (602) 542-0640<br>E-mail: John.LeSueur@azag.gov<br><br>*Counsel for Defendant-Intervenor State of Arizona ex rel. Ariz. Game & Fish Commission* | David Dewhirst<br>*Solicitor General*<br>Jeremiah Langston<br>*Assistant Attorney General*<br>MONTANA DEPARTMENT OF JUSTICE<br>215 N. Sanders St., P.O. Box 201401<br>Helena, MT 59620-1401<br>Telephone: (406) 444-3602<br>Fax: (406) 444-2026<br>E-mail: david.dewhirst@mt.gov<br>jeremiah.langston@mt.gov<br><br>*Counsel for Defendant-Intervenor State of Montana* |
| Jeffrey A. Chanay<br>*Chief Deputy Attorney General*<br>OFFICE OF THE KANSAS ATTORNEY GENERAL<br>120 SW Tenth Avenue<br>Topeka, KS 66612-1597<br>Telephone: (785) 296-2215<br>Fax: (785) 291-3767<br>E-mail: jeff.chanay@ag.ks.gov<br><br>*Counsel for Defendant-Intervenor State of Kansas* | Justin D. Lavene<br>*Assistant Attorney General*<br>Carlton Wiggam<br>*Assistant Attorney General*<br>OFFICE OF THE NEBRASKA ATTORNEY GENERAL<br>2115 State Capitol<br>Lincoln, NE 68509<br>Telephone: (402) 471-2682<br>E-mail: justin.lavene@nebraska.gov<br>       carlton.wiggam@nebraska.gov<br><br>*Counsel for Defendant-Intervenor State of Nebraska* |

3

NOTICE OF APPEAL [CORRECTED]

1 | Private Landowner Defendant-Intervenors are represented by:

2

3 | Charles T. Yates
Damien M. Schiff
PACIFIC LEGAL FOUNDATION
4 | 555 Capitol Mall, Suite 1290
Sacramento, CA 95814
5 | Telephone: (916) 419-7111
Fax: (916) 419-7747
6 | E-mail: cyates@pacificlegal.org
        dschiff@pacificlegal.org
7

8 | *Counsel for Private Landowner
Defendant-Intervenors:*

9 | *Washington Cattlemen's Association*
10 | *Pacific Legal Foundation*
*Kenneth Klemm*
11 | *Beaver Creek Buffalo Co.*

12

13 | Plaintiffs-Appellees are represented by:

14

| | |
|---|---|
| George Turgun<br>Tara Mueller<br>Erin Ganahl<br>OFFICE OF THE ATTORNEY GENERAL<br>1515 Clay Street, 20th Floor<br>PO Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-1002<br>E-mail: George.torgun@doj.ca.gov<br>        Tara.mueller@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | Steven J. Goldstein<br>OFFICE OF THE ATTORNEY GENERAL<br>200 St. Paul Place, 20th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 576-6414<br>E-mail: sgoldstein@oag.state.md.us<br><br><br>*Counsel for Plaintiff State of Maryland* |
| Matthew I. Levine<br>Daniel M. Salton<br>OFFICE OF THE ATTORNEY GENERAL<br>PO Box 120<br>55 Elm Street<br>Hartford, CT 06141-0120<br>Telephone: (860) 808-5250<br>E-mail: Daniel.salton@ct.gov<br><br>*Counsel for Plaintiff State of Connecticut* | Matthew Ireland<br>Turner Smith<br>OFFICE OF THE ATTORNEY GENERAL<br>Environmental Protection Division<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone: (617) 727-2200<br>E-mail: matthew.ireland@mass.gov<br><br>*Counsel for Plaintiff State of Massachusetts* |

15
16
17
18
19
20
21
22
23
24
25
26
27

28 | Eric R. Olson                          Jason E. James

NOTICE OF APPEAL [CORRECTED]

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Telephone: (720) 508-6548<br>E-mail: eric.olson@coag.gov<br><br>*Counsel for Plaintiff State of Colorado* | Matthew J. Dunn<br>OFFICE OF THE ATTORNEY GENERAL<br>Environmental Bureau<br>69 West Washington Street, 18th Floor<br>Chicago, IL 60602<br>Telephone: (313) 814-0660<br>E-mail: jjames@atg.state.il.us<br><br>*Counsel for Plaintiff State of Illinois* |
| Nathan A. Gambill<br>OFFICE OF THE ATTORNEY GENERAL<br>Environment, Natural Resources and<br>Agriculture Division<br>PO Box 30755<br>Lansing, MI 48909<br>Telephone: (517) 335-7664<br>E-mail: gambilln@michigan.gov<br><br>*Counsel for Plaintiff State of Michigan* | Lisa Morelli<br>OFFICE OF THE ATTORNEY GENERAL<br>Environmental Enforcement and<br>Environmental Justice<br>R.J. Hughes Justice Complex<br>PO Box 093<br>Trenton, NJ 08625<br>Telephone: (609) 376-2708<br>E-mail: lisa.morelli@law.njoag.gov<br><br>*Counsel for Plaintiff State of New Jersey* |
| Laura Mirman-Heslin<br>Timothy Hoffman<br>Jennifer Nalbone<br>OFFICE OF THE ATTORNEY GENERAL<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (212) 416-6091<br>E-mail: laura.mirman-heslin@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York* | Peter N. Surdo<br>OFFICE OF THE ATTORNEY GENERAL<br>445 Minnesota Street<br>St. Paul, MN 55101<br>Telephone: (651) 757-1061<br>E-mail: peter.surdo@ag.state.mn.us<br><br>*Counsel for Plaintiff State of Minnesota* |
| Tori N. Sundheim<br>OFFICE OF THE ATTORNEY GENERAL<br>100 North Carson Street<br>Carson City, NV 89701<br>Telephone: (775) 684-1219<br>E-mail: tsundheim@ag.nv.gov<br><br>*Counsel for Plaintiff State of Nevada* | William Grantham<br>OFFICE OF THE ATTORNEY GENERAL<br>201 Third Street NW, Suite 300<br>Albuquerque, NM 87102<br>Telephone: (505) 717-3520<br>E-mail: wgrantham@nmag.gov<br><br>*Counsel for Plaintiff State of New Mexico* |
| Paul Garrahan<br>Steve Novick<br>OFFICE OF THE ATTORNEY GENERAL<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301<br>Telephone: (503) 947-4593<br>E-mail: steve.novick@doj.state.or.us<br><br>*Counsel for Plaintiff State of Oregon* | Gregory S. Schultz<br>OFFICE OF THE ATTORNEY GENERAL<br>150 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 274-4400<br>E-mail: gschultz@riag.ri.gov<br><br>*Counsel for Plaintiff State of Rhode Island* |
| Aurora Janke<br>OFFICE OF THE ATTORNEY GENERAL | Amy L. Bircher<br>Scott A. Conklin |

5                                          4:19-cv-06013-JST

NOTICE OF APPEAL [CORRECTED]

| | |
|---|---|
| 800 5th Avenue, Suite 2000 TB-14<br>Seattle, WA 98104<br>Telephone: (206) 233-3391<br>E-mail: aurora.janke@atg.wa.gov<br><br>*Counsel for Plaintiff State of Washington* | OFFICE OF THE ATTORNEY GENERAL<br>114 W. Edenton Street<br>Raleigh, NC 27603<br>Telephone: (919) 716-6400<br>E-mail: abircher@ncdoj.gov<br>        sconklin@ncdoj.gov<br><br>*Counsel for Plaintiff State of North Carolina* |
| Aimee D. Thompson<br>Ann R. Johnston<br>OFFICE OF THE ATTORNEY GENERAL<br>16090 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>Telephone: (267) 940-6696<br>E-mail: athompson@attorneygeneral.gov<br><br>*Counsel for Plaintiff State of Pennsylvania* | Ryan P. Kane<br>OFFICE OF THE ATTORNEY GENERAL<br>109 State Street<br>Montpelier, VT 05602<br>Telephone: (802) 828-3171<br>E-mail: eric.olson@coag.gov<br><br>*Counsel for Plaintiff State of Vermont* |
| Gabe Johnson-Karp<br>OFFICE OF THE ATTORNEY GENERAL<br>PO Box 7857<br>Madison, WI 53707<br>Telephone: (608) 267-8904<br>E-mail: johnsonkarpg@doj.state.wi.us<br><br>*Counsel for Plaintiff State of Wisconsin* | David Hoffmann<br>OFFICE OF THE ATTORNEY GENERAL<br>441 4th Street NW, Suite 630 South<br>Washington, DC 20001<br>Telephone: (202) 724-9727<br>E-mail: David.hoffmann@dc.gov<br><br>*Counsel for Plaintiff District of Columbia* |
| Antonia Pereira<br>NEW YORK CITY LAW DEPARTMENT<br>100 Church Street, Room 6-140<br>New York, NY 10007<br>Telephone: (212) 356-2309<br>E-mail: anpereir@law.nyc.gov<br><br>*Counsel for Plaintiff City of New York* | |

NOTICE OF APPEAL [CORRECTED]

1

Federal Defendants are represented by:

2

| Coby H. Howell | Michael R. Eitel |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE |
| Environment & Natural Resources Division | Environment & Natural Resources Division |
| c/o U.S. Attorney's Office | 999 18th Street, South Terrace 370 |
| 1000 SW Third Avenue | Denver, CO 80202 |
| Portland, OR 97204 | Telephone: (303) 844-1479 |
| Telephone: (503) 727-1023 | Fax: (303) 844-1350 |
| Fax: (503) 727-1117 | E-mail: Michael.eitel@usdoj.gov |
| E-mail: coby.howell@usdoj.gov | |
| | *Counsel for Federal Defendants:* |
| *Counsel for Federal Defendants:* | |
| | *Deb Haaland, U.S. Secretary of the Interior* |
| *Deb Haaland, U.S. Secretary of the Interior* | *U.S. Fish and Wildlife Service* |
| *U.S. Fish and Wildlife Service* | *Gina Raimondo, U.S. Secretary of Commerce* |
| *Gina Raimondo, U.S. Secretary of Commerce* | *National Marine Fisheries Service* |
| *National Marine Fisheries Service* | |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEAL [CORRECTED]