FILED

AUG 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA; et al., | No. 22-16094 |
| Plaintiffs-Appellees, | D.C. No. 4:19-cv-06013-JST<br>Northern District of California, Oakland |
| v. | |
| DEBRA ANNE HAALAND, U.S. Secretary of the Interior; et al., | ORDER |
| Defendants-Appellees, | |
| v. | |
| STATE OF ALABAMA; et al., | |
| Intervenor-Defendants-Appellants, | |
| and | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenor-Defendants. | |
| STATE OF CALIFORNIA; et al., | No. 22-16095 |
| Plaintiffs-Appellees, | D.C. No. 4:19-cv-06013-JST |
| v. | |

LCC/MOATT

DEBRA ANNE HAALAND, U.S. Secretary of the Interior; et al.,

        Defendants-Appellees,

v.

WASHINGTON CATTLEMEN'S ASSOCIATION; PACIFIC LEGAL FOUNDATION,

        Intervenor-Defendants-Appellants,

and

STATE OF ALABAMA; et al.,

        Intervenor-Defendants.

---

STATE OF CALIFORNIA; et al.,

        Plaintiffs-Appellees,

v.

DEBRA ANNE HAALAND, U.S. Secretary of the Interior; et al.,

        Defendants-Appellees,

v.

No. 22-16096

D.C. No. 4:19-cv-06013-JST

| AMERICAN FARM BUREAU FEDERATION; et al., |
| Intervenor-Defendants-Appellants, |
| and |
| STATE OF ALABAMA; et al., |
| Intervenor-Defendants. |

The court's records reflect that a timely filed a motion listed in Federal Rule of Appellate Procedure 4(a)(4) has been filed and remains pending in the district court. The notices of appeal are therefore ineffective until entry of the order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4). Accordingly, appellate proceedings other than mediation shall be held in abeyance pending the district court's resolution of the pending motion. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994); *Tripati v. Henman*, 845 F.2d 205, 206 (9th Cir. 1988).

Within 7 days after the district court's ruling on the pending motion, plaintiffs-appellees shall notify this court in writing of the ruling.

Any party intending to appeal the district court's ruling on the post-judgment motion must file a notice of appeal, or an amended notice of appeal, within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk shall serve this order on the district court.

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT


                    By:  Lance C. Cidre
                    Deputy Clerk
                    Ninth Circuit Rule 27-7