**FILED**

SEP 08 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. FONSECA, <br><br>         Plaintiff, <br><br>    v. <br><br> /, <br><br>         Defendant. | Case No. 22-cv-04812-SK <br><br> **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you choose to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒   **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

**OR**

☐   **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

DATE: 08-29-22               NAME: Juan Fonseca

AT: Centinela State Pricion
    *(Write place where signed.)*          *Signature*

*Rev. 03-20*

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY ADDRESSEE

CLERK US DISTRICT COURT
1301 CLAY ST STE 400S
OAKLAND CA 94612-9771

SN BERNARDINO CA 923
30 AUG 2022 PM 6 L

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

Juan C Fonseca ID: A49912
Centinela State Prison
2302 Brown Road
Imperial, CA 92251

LEGAL MAIL

LEGAL MAIL

