UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  WASHINGTON CATTLEMEN'S ASSOCIATION; et al. | No.    22-70194 |
| _____ | D.C. Nos.    4:19-cv-05206-JST |
| WASHINGTON CATTLEMEN'S ASSOCIATION; et al., | 4:19-cv-06013-JST 4:19-cv-06812-JST |
| Petitioners, | Northern District of California, Oakland |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND, | |
| Respondent, | |
| CENTER FOR BIOLOGICAL DIVERSITY; et al., | |
| Real Parties in Interest. | |

Before:  M. SMITH, BRESS, and VANDYKE, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer.

*See* Fed. R. App. P. 21(b).  Accordingly, the real parties in interest shall file

answers on or before September 14, 2022.

The district court, on or before September 14, 2022, may address the petition

if it so desires.  The district court may elect to file an answer with this court or to

issue a supplemental order and serve a copy on this court.

Petitioners may file a reply on or before September 16, 2022.

The Clerk shall serve this order on the district court and District Judge Jon S. Tigar.