ROB BONTA
Attorney General of California
DAVID A. ZONANA, State Bar No. 196029
DAVID G. ALDERSON, State Bar No. 231597
Supervising Deputy Attorneys General
GEORGE TORGUN, State Bar No. 222085
TARA MUELLER, State Bar No. 161536
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1002
Fax: (510) 622-2270
E-mail: George.Torgun@doj.ca.gov

*Attorneys for Plaintiff State of California*

*[Additional counsel listed on signature page]*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

HAALAND, *et al.*,

Defendants,

and

STATE OF ALABAMA, *et al.*,

Defendant-Intervenors.

Case No. 4:19-cv-06013-JST

Related Cases: No. 4:19-cv-05206-JST
No. 4:19-cv-06812-JST

**PLAINTIFFS' NOTICE OF CHANGED POSITION**

In light of the Court's October 13, 2022 order cancelling the hearing on the pending Motion for Stay (ECF 171) and Rule 59(e) Motion to Alter or Amend Judgment (ECF 180),[1] Plaintiffs file this notice pursuant to Local Rule 7-3(d)(2) to bring the Court's attention to a change in their position as to the Stay Motion given the Ninth Circuit's September 21, 2022 Writ of Mandamus Order, which was issued after the close of briefing on the pending motions. Plaintiffs had intended to orally inform the Court of this change, but now submit this notice instead.

Plaintiffs' position on Defendant-Intervenors' Stay Motion has been overtaken by subsequent events. Specifically, the Ninth Circuit's Mandamus Order staying this Court's July 5 Order pending its consideration of Plaintiffs' Rule 59(e) Motion has rendered the Stay Motion moot at the present time. Defendant-Intervenors' Stay Motion would remain moot if the Court grants Plaintiffs' Rule 59(e) Motion, and either rules on the merits of Plaintiffs' claims under the National Environmental Policy Act ("NEPA") or, in the alternative, determines to recommence the paused summary judgment briefing schedule on all claims. The Stay Motion also would be moot if the Court modifies its July 5 Order to remand these cases without vacatur—a course that, Plaintiffs submit, would be unjust and inequitable given the substantial prejudice to Plaintiffs.

Moreover, given the Ninth Circuit's Mandamus Order finding that the July 5 Order contained clear error, some modification of the July 5 Order seems necessary. Plaintiffs' requested remedies—resolving Plaintiffs' NEPA claims now or re-initiating summary judgment briefing—offer a path forward. Were the Court to deny Plaintiffs' Rule 59(e) Motion and re-affirm its July 5 Order, however, Plaintiffs would withdraw part of their opposition to the Stay Motion, *see* ECF 181 at 6-12, given the Ninth Circuit's Mandamus Order.

[1] All ECF references are to numbers from the earliest filed case, *Center for Biological Diversity v. Haaland*, Case No. 4:19-cv-05206-JST.

Respectfully submitted this 14th day of October, 2022.

ROB BONTA
Attorney General of California
DAVID A. ZONANA
DAVID G. ALDERSON
Supervising Deputy Attorneys General

/s/ George Torgun
GEORGE TORGUN, State Bar No. 222085
TARA MUELLER, State Bar No. 161536
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1002
Email: George.Torgun@doj.ca.gov

MAURA HEALEY
Attorney General of Massachusetts

/s/ Matthew Ireland
TURNER SMITH (*pro hac vice*)
Assistant Attorney General and Deputy Chief
MATTHEW IRELAND
Assistant Attorney General
Office of the Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
Email: Matthew.Ireland@mass.gov

BRIAN E. FROSH
Attorney General of Maryland

/s/ Steven J. Goldstein
STEVEN J. GOLDSTEIN (*pro hac vice*)
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 576-6414
Email: sgoldstein@oag.state.md.us

*Attorneys for Plaintiffs*

* In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed have concurred in the filing of this document.

CERTIFICATE OF SERVICE

I hereby certify that on today's date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

Dated: October 14, 2022

*/s/ George Torgun*
GEORGE TORGUN (State Bar #222085)