AUSTIN KNUDSEN
Montana Attorney General

Christian B. Corrigan
  *Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov

Attorney for Defendant-Intervenor
State of Montana

UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF ALABAMA, *et al.*, <br><br> Defendant-Intervenors. | Case No.: 4:19-cv-06013-JST <br><br> Related Cases: No. 4:19-cv-05206-JST <br> No. 4:19-cv-06812-JST <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that David M.S. Dewhirst of the Montana Attorney General's Office hereby withdraws as counsel on behalf of Defendant-Intervenor State of Montana. Mr. Dewhirst requests that he be removed from the Court's service list with respect to this action. Substituting in for Mr. Dewhirst will be Christian B. Corrigan. Christian Corrigan's information is as follows:

> Christian B. Corrigan
> Solicitor General
> Montana Department of Justice
> 215 North Sanders
> Helena, MT 59620-1401
> Phone: 406-444-2026
> christian.corrigan@mt.gov

Defendant-Intervenor State of Montana will continue to be represented by the following counsel:

> Paul Beard II
> 4470 W. Sunset Boulevard, Suite 93165
> Los Angelas, CA 90027
> paul.beard@fisherbroyles.com
> (818) 216-3988

DATED this 1st day of December, 2022.

> AUSTIN KNUDSEN
> Montana Attorney General
>
> Montana Department of Justice
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
>
> By:  */s/ Christian B. Corrigan*
>      Christian B. Corrigan
>      Solicitor General
>
>      Attorney for Defendant-Intervenor
>      State of Montana

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using the cm/ecf system. Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated:  December 1, 2022     */s/ Christian B. Corrigan*
                                                  Christian B. Corrigan
                                                 Solicitor General

                                                 Attorney for Defendant-Intervenor
                                                 State of Montana