FILED

FEB 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA; et al., | No. 22-16094 |
| Plaintiffs-Appellees, | D.C. No. 4:19-cv-06013-JST<br>Northern District of California, Oakland |
| v. | |
| DEBRA ANNE HAALAND, U.S. Secretary of the Interior; et al., | ORDER |
| Defendants-Appellees, | |
| v. | |
| STATE OF ALABAMA; et al., | |
| Intervenor-Defendants-Appellants, | |
| and | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Intervenor-Defendants. | |
| STATE OF CALIFORNIA; et al., | No. 22-16095 |
| Plaintiffs-Appellees, | D.C. No. 4:19-cv-06013-JST |
| v. | |

LCC/MOATT

| | |
|---|---|
| DEBRA ANNE HAALAND, U.S. Secretary of the Interior; et al., | |
|         Defendants-Appellees, | |
| v. | |
| WASHINGTON CATTLEMEN'S ASSOCIATION; PACIFIC LEGAL FOUNDATION, | |
|         Intervenor-Defendants-Appellants, | |
| and | |
| STATE OF ALABAMA; et al., | |
|         Intervenor-Defendants. | |
| STATE OF CALIFORNIA; et al., | No. 22-16096 |
|         Plaintiffs-Appellees, | D.C. No. 4:19-cv-06013-JST |
| v. | |
| DEBRA ANNE HAALAND, U.S. Secretary of the Interior; et al., | |
|         Defendants-Appellees, | |
| v. | |

AMERICAN FARM BUREAU FEDERATION; et al.,

        Intervenor-Defendants-Appellants,

and

STATE OF ALABAMA; et al.,

        Intervenor-Defendants.

Appellants' unopposed motions to voluntarily dismiss their respective appeals (Docket Entry No. 24 in No. 22-16094; Docket Entry No. 22 in No. 22-16095; Docket Entry No. 24 in No. 22-16096) are granted. These appeals are dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7